CAROL A. SOBEL   SBN 84483
429 Santa Monica Boulevard, Ste. 550
Santa Monica, CA  90401
T. 310 393-3055  F. 310 393-3605
E. carolsobel@aol.com

BARRETT S. LITT  SBN 45527
LITT, ESTUAR & KITSON LLP
1055 Wilshire Boulevard, Ste 1880
Los Angeles, CA 90017
T. 213 386-3114   F. 213 380-4585
E. blitt@littlaw.com

LEGAL AID FOUNDATION
     OF LOS ANGELES
SUSAN MILLMANN  SBN 92417
1640 5th Street,  Ste 124
Santa Monica, CA 90401
T. 310 899-6200  F. 310 899-6208
E. smillmann@lafla.org

MICHAEL S. RAPKIN   SBN 67220
SCOTT B. RAPKIN   SBN 261867
LAW OFFICE OF MICHAEL RAPKIN
233 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
T.  310 319 5465   F. 310 319 5355
E.  scottrapkin@rapkinesq.com

# IN THE UNITED STATES DISTRICT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CHEYENNE DESERTRAIN, et al., | ) CASE NO. CV 10-09053 RGK (PJWx) |
| | ) |
| Plaintiffs, | ) NOTICE OF FILING OF EXHIBITS IN |
| | ) SUPPORT OF MOTION FOR |
| vs. | ) PARTIAL SUMMARY |
| | ) JUDGMENT/SUMMARY |
| CITY OF LOS ANGELES, et al., | ) ADJUDICATION |
| | ) |
| Defendants. | ) Date:  October 17, 2011 |
| | Time: 9:00 a.m. |
| | Ctrm:  Roybal 850 |
| | |
| | Hon. R. Gary Klausner |

1

2          Plaintiffs file the attached exhibits in support of their motion for summary

3      adjudication/partial summary judgment.

4      Dated: September 14, 2011              Respectfully submitted,

5                                            LAW OFFICE OF CAROL A. SOBEL

6
                                            _____/s/_____
7                                            By: CAROL A. SOBEL
8                                            Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

P10000



*A note from the desk of . . .*

## COMMANDING OFFICER
## PACIFIC AREA

August 27, 2008.

ATTENTION: ALL PATROL PERSONNEL

### RE: ILLEGAL VEHICLE LODGING

The Day Watch Commander shall deploy a Watch 2 unit each day from 0530 to 0700 to address 85.02 LAMC Illegal Lodging and 22651 K VC vehicle parked over 72 hours in RD 1425 and 1435. Officers shall door knock all vehicles suspected of harboring persons engaged in illegal lodging and upon making contact with person or persons lodging in a vehicle shall:

- Warn them that it is illegal to lodge in a vehicle per 85.02 LAMC (use the same language as the ordinance contains verbatim when warning)
- Provide them with a 85.02 warning notice
- Provide them with a list of shelters and other city services they can avail themselves of
- If no one answers, a 85.02 warning notice shall be left
- Officers shall properly mark the vehicle tires and enforce 22651 K VC.
- Officers shall enter any action they take into the Vehicle Log in the Watch Commanders Office
- The Watch Commander shall maintain the log and review it daily
- After a person has been warned for three or more continuous days, they shall be physically arrested for 85.02 LAMC. **NOTE:** The warnings must include at least one verbal warning.

LAMC 85.02 – Living in a Car Parked on a Public Street or Public Lot

Required Elements for arrest:

- Defendant was using a vehicle as living quarters
- Defendant's use of the vehicle as living quarters extended from day to day or overnight; and,
- The vehicle was parked on:
  (a)   A city street
  (b)   A parking lot that was both owned by the City of Los Angeles and under the control of the City of Los Angeles; or
  (c)   A parking lot owned by the City of Los Angeles and under the control of the Los Angeles County Department of Beaches and Harbors.

1

*Required Elements* — Subject to the specific limitations set forth below, cases will be filed where there is evidence sufficient to convince a jury beyond a reasonable doubt that:

1) Defendant was using a vehicle as living quarters;
2) Defendant's use of the vehicle as living quarters extended from day to day or overnight; and,
3) The vehicle was parked on:
   (a) a City street;
   (b) a parking lot that was *both* owned by and the City of Los Angeles *and* under the control of the City of Los Angeles; or
   (c) a parking lot owned by the City of Los Angeles and under the control of the Los Angeles County Department of Beaches and Harbors.

### *Report Requirements* —

(a) The police report must reflect civilian complaints, whether from individual residents, business owners, or community groups, regarding the use of vehicles as living quarters in the area of enforcement. The date, time, and source of the complaints must be indicated, and the substance of the complaints must be described in detail.

(b) The police report must reflect that after receiving the civilian complaints, officers warned a defendant within the area of enforcement that using a vehicle as living quarters when parked at one of the specified locations was illegal — the date, time, substance of the warning, and substance of the defendant's response, if any, must be included in the report. To negate any possible necessity defense (see In re Eichorn, 69 Cal. App. 4th 382 (4th Dist. 1998)), the warning should include advisals regarding legal alternatives for those who are truly homeless — for example, advisals regarding legal sites at which the vehicle could be parked and lived in and advisals regarding homeless shelters with available space. In addition, the police report should include any observations (for example, the presence of a functioning satellite TV system or observations of the defendant making purchases at local stores) that suggest a level of wealth inconsistent with someone who has no alternative but to live on the street.

(c) The police report must describe in detail observations (whether by officers or by identified civilian witnesses who will be available to testify at trial) of the defendant's occupancy of the vehicle after the warning described above that establish one of the following — (i) overnight occupancy for more than one night or (ii) day-by-day occupancy for three or more days. The dates and times of witness observations must be indicated. The witnesses must be able to articulate specific observations sufficient to support an inference that the defendant either remained in the vehicle overnight (for example, observations of the defendant actually asleep in the car at night or observations of the defendant occupying the car late at night and then still occupying the car at or near sunrise the following morning) or was in the vehicle on a continuous daily basis (for example, observations establishing that the defendant remained in the vehicle for

26

P10002

lengthy periods of time during work activities) and during those times engaging in activities that one would ordinarily engage in at one's residence such as reading, watching television, eating, etc.).

(d) The police report must reflect that the officers observed items in the vehicle sufficient to establish that the defendant was actually living there (as opposed, for example, to simply storing personal goods in the vehicle). Examples: significant amounts of clothing and shoes; significant amounts of personal effects such as books, bills, and correspondence; personal hygiene products in a clear state of use, such as opened cans of shaving cream; half-empty packages of razor blades, unwrapped bars of soap, crumpled towels, open bottles of medication; a TV antenna or other indications (audible volume) of TV usage in the vehicle; pets and pet feeding stations.

*Note*: In Vehicular Residents Assoc. v. Arthur Agnos, 222 Cal. App. 3d 996 (1990), a San Francisco municipal statute barring individuals from the "use or occupancy of any house car, camper or trailer coach for human habitation, including but not limited to sleeping . . . on any street, park, beach, square, avenue, alley or public way, within the City and County of San Francisco between the hours of 10:00 pm and 6:00 am," was upheld against an equal protection claim that it discriminated against the poor who could not afford houses and had to live in their vehicles — while recognizing that the statute "possibly affects more poor than nonpoor persons" the court noted that "the actual class of persons affected is diverse and amorphous" because "it is common knowledge that many persons inhabiting motor homes are economically advantaged and use their vehicles for recreational purposes rather than out of economic necessity." In People v. Davenport, 176 Cal. App. 3d Supp. 10 (App. Dept. Santa Barbara Sup. Ct. 1985), the court rejected constitutional challenges to a Santa Barbara municipal ordinance that barred sleeping in "any public street" or "any public parking lot." While suggesting that the city's interest in crime prevention would not support the ordinance, the court found it supported by the city's interest "in protecting the sleeping transient as victim rather than as culprit": "the City acts reasonably in lessening the risks to transients from other transients by restricting the areas where overnight sleeping and thus vulnerability, can legitimately take place." *Id.* at 11-12. This and similar interests should be cited if enforcement of the statute is challenged.

27

Exhibit 2

P10004



**COMMUNITY ALERT**

**PACIFIC AREA**
**LOS ANGELES POLICE DEPARTMENT**
**OFFICIAL PUBLICATION OF THE PACIFIC AREA CRIME ANALYSIS DETAIL**

WARNING OF ENFORCEMENT ACTION

**SEC. 85.02.  USE OF STREETS AND PUBLIC PARKING LOTS FOR HABITATION.**

No person shall use a vehicle parked or standing upon any city street, or upon any parking lot owned by the City of Los Angeles and under the control of the City of Los Angeles or under control of the Los Angeles County Department of Beaches and Harbors as living quarters either overnight, day by day, or otherwise.  **(Title and Section Amended by Ord. No. 158,219 EFF. 9/19/83.)**

Should you have any questions, please contact the Pacific Area Watch Commander at 310-482-6334.

3-24-10 Homeless Outreach

①

P10005

Exhibit 3

## RANDY YOSHIOKA - Oakwood-Venice Task Force (OVTF)

**From:** BRENDA CRUMP
**To:** Command; Detective III's; Detectives; Lieutenants; Pac SLO's; ·Pacif...
**Date:** 10/13/2010 10:49 AM
**Subject:** Oakwood-Venice Task Force (OVTF)
**Attachments:** Oakwood-Venice TF Operations Plan.doc

Goodmorning Pacific Team:

We had the official kick-off of our newly formed Oakwood-Venice Task Force, which started DP 11. Our goal is the reduction in Part 1 crimes in Basic Car A11 and A13. There has been a significant increase Year to Date especially in BFMV and GTAs in those areas. Through the identification of criminal behavior, arrests, debriefs, follow-up searches, outreach, and community enhancement, I know we will be successful.

I have attached our mission and operations plan for your review. It is important to note that <u>communication</u> between patrol, detectives, other Pacific specialized units, and outside entities will be the key to our success. It is about our entire **Pacific Team!**

As a result of the work all of you have been doing in the last month we have already seen a very positive change. Captain Peters and I appreciate your focus, commitment, professionalism, and positive attitude.

### <u>You are making an incredible difference in others' lives!!!</u>

Thank you very much,

Brenda

Captain Brenda S. Crump
Commanding Officer
Pacific Patrol Division
(310) 482-6310
Fax: (310) 482-6339
MS 416

# Operations Plan
## Oakwood/Venice Task Force
September 2010

**Purpose:** This Operations Plan is intended to provide an overview of the mission and subsequent operations for the Oakwood / Venice Task Force. This plan is confidential and shall not be distributed without the consent of the Commanding Officer, Pacific Area.

## I.   SITUATION:

Pacific Area has seen a significant increase in Part I crimes in both the Venice Beach and Oakwood areas of the division; specifically basic cars 14A11 and 14A13. The majority of these crimes appear to be theft related, such as Burglary From Motor Vehicles and Grand Theft Auto. However, there have also been Aggravated Assaults and Robberies occurring on a continual basis. The majority of these crimes take place during evening or early morning hours.

Due to the amount of documented criminal activity, in addition to citizen complaints regarding criminal activity, illegal lodging, illegal dumping, trespassing, prostitution, narcotics sales, noise, and general "Quality of Life" issues, Pacific Area will deploy officers as part of a Task Force in these designated areas.

The boundaries for the Task Force have been defined as Lincoln Boulevard to the east, Washington Boulevard to the south (including the marina peninsula), the Pacific Ocean to the west, and Dewey Street to the north.

## II.   MISSION:

The mission of the Task Force is to effect arrests of individuals who are violating local and state codes. In addition, officers will attempt to gain intelligence regarding individuals or groups who may be involved in criminal activity. Furthermore, officers will provide shelter and service provider information to individuals, whether arrested or not, with whom they come in contact with, or who are found to be violating the law by lodging in their vehicles, or who are found trespassing on city or private property during overnight hours, and who are deemed by the officer to be at risk or as someone who could benefit from the information.

The officers assigned to this Task Force will adhere to the "Four C's" philosophy:

- Commander's Intent
- Constitutional Policing
- Community Perspective
- Compassion

CONFIDENTIAL

P10008

### III.   EXECUTION:

(Deployment)

The Task Force will be broken down into (4) unique groups:

- Venice Task Force Detail
- Beach Detail
- Bicycle Detail
- Special Operations Detail

### Venice Task Force Detail (VTFD) - Watch 2 - 0500 Hours (7-Day Coverage)

The VTFD will identify those individuals who choose to illegally lodge in their vehicles, maintain unsafe or hazardous vehicles, and illegally trespass on private or city property. Officers may also effect arrests of individuals whom they determine have violated state or local law.

In addition, the officers will provide shelter and service provider information to individuals, whether arrested or not, that they come in contact with and have deemed to be at risk, or someone whom the officer feels would benefit from the information. The officers will also work with counselors from local service agencies, as well as members of the Clergy Council, to assist individuals with obtaining shelter and service provider information.

### Beach Detail - Watch 4 - 1030 Hours and Watch 5 - 1500 Hours (7-Day Coverage)

The beach patrol will enforce state and local codes related to the Venice Beach area. The officers will monitor the vendors, special events in the park, large crowds that visit the area on a daily basis, and heavy vehicular traffic associated with such activity. In addition, the beach officers, throughout their shift, will extend their patrol duties east of Pacific Avenue into the areas where illegal activity has been identified as occurring.

### Special Operations Detail — Watch 5 — 1500 Hours (6-Day Coverage)

The Special Operation Detail will be responsible for conducting surveillance to gather intelligence in known areas where criminal activity is occurring. In addition, this unit will coordinate details such as Bait Car, Bait Bike, and Buy/Bust. They will also work with the Pacific Area Crime Intelligence Team to identify individuals who are on parole and/or probation and who are living within the defined area. The unit will then schedule parole/probation searches at identified locations.

### Bicycle Detail — Watch 5 — 1600 Hours (6-Day Coverage)

The bicycle unit will be responsible for crime suppression in the defined areas. They will patrol on bicycles and enforce state and local codes. In addition, they will support the Special Operations Detail, as well as any other entities such as Vice or Narcotics, when a uniform officer element is required.

CONFIDENTIAL

Senior Lead Officers – Various Hours/Days

The Senior Lead Officers (SLO's) will be responsible for keeping an open line of communication with community members and groups, as well as service providers, as it pertains to this Task Force. In addition, the SLO's will be tasked with ensuring that "Enhancement Requests" (graffiti removal, street lighting, garbage disposal, abandoned vehicles/shopping cart removal, etc…) are being directed to the appropriate entity and that the work is being completed in a timely manner.

(Support Elements)

The Task Force will also work in conjunction with the following entities to monitor criminal activity within the defined area:

- Pacific Area Narcotics Enforcement Detail
- Pacific Area Vice Detail
- Pacific Area Crime Intelligence Team
- Pacific Area Street Crimes Unit
- Pacific Area Gang Enforcement Detail
- Oakwood Task Force (Existing Footbeat)
- Los Angeles Police Gang and Narcotics Division
- City of Los Angeles Department of Transportation – Parking enforcement
- Los Angeles County Probation Department
- California Department of Corrections and Rehabilitation (State Parole)
- Los Angeles County Department of Children and Family Services Multi-Agency Response Team (MART)

## IV. ADMINISTRATION:

(Arrest Reports / Related Reports / Follow-Up)

The Task Force will have detective support in their daily operations. The detectives will have the following responsibilities:

- Review all arrests from the previous day to identify criminal patterns or behavior, repeat offenders, connection to other criminal activity, and to ensure reports are being written in an organized and detailed manner
- Assist with debriefs of arrestees
- Provide advice for booking charges
- Provide on-scene detective support at crime scenes or during immediate follow-up situations
- Ensure assigned detectives are properly filing cases and requesting Stay-Away Orders when appropriate and necessary
- Liaison with Pacific Area's Neighborhood Prosecutor to ensure that cases are being filed and Stay-Away Orders are issued when appropriate and necessary
- Provide "Real-Time" criminal and/or administrative information to the Officer in Charge of the Task Force, who will then immediately disseminate the information to the officers and other support elements

CONFIDENTIAL

- Review the criminal history of all arrestees, regardless of the charge, to determine if there is a pattern of criminal activity that is related to the crimes that have been identified in the defined area
- Liaison with Watch Commanders and Detention Officers to ascertain if the Drop-and-Go program is being utilized to its fullest extent.

## V.   CONCLUSION:

The ultimate measure of the task force's effectiveness will be multi-pronged. First, there must be a significant reduction in Part I Crimes. Daily analysis; accurate, timely intelligence; honest discourse with stakeholders; and a flexible workforce that can rapidly respond to burgeoning trends will be the hallmarks of the taskforce. Second, the task force will seek to increase the utilization of pre-existing service providers. Job training, substance abuse counseling, alternate lodging, and medical care are critical to the prolonged success of these efforts. Finally, there must be a heightened perception of safety amongst those who reside in and visit Venice. Our Department mission is clear: to prevent the fear and incidence of crime. The task force successes must be shared with the Venice community members via a consistent, transparent media campaign: The increased presence of officers in Venice – on bike, on foot, and in cars - will provide daily opportunities for task force officers to forge meaningful alliances, increase trust, and reduce fear of crime.

CONFIDENTIAL

Exhibit 4

P10012

## CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. 2 | TYPE OF REPORT | Impound | | | BOOKING NO. | | DR NO. |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

On November 25, 2009 at 1430 hrs Ofcr Thusing #25120 and I, Ofcr Skinner #31142 were working in full uniform in a clearly marked black and white police vehicle, assigned 14SL13.

We responded to 4th Ave south of Rose Ct because of the complaints that I've (Ofcr Skinner) receive about the amount of motorhomes, campers, trucks and vehicles being lodged in and stored on a public street.

We observed a tan Winnibago Motorhome, Fl Lic #▓▓▓▓▓ parked on 4th Ave south of Rose Ct on the west side of the street. I made a notation of the front left valve stem which was in the 4 o'clock position and the rear left tire stem was in the 5 o'clock position. The rear right tire was marked on both sides at the wheel well and the street was marked to the rear of the rear right tire.

On todays date, November 28, 2009 at 1430 hrs we returned to the location. We observed the tan Winnibago Motorhome, FL Lic ▓▓▓▓▓ parked on 4th Ave south of Rose Ct. I observed the front left valve stem in the 4 o'clock position and the rear left valve stem was in the 5 o'clock position. I checked the rear right tire and observed two white chalk marks on each side at the wheel well. Based on this information we determined that the vehicle had not been moved since we marked on November 25, 2009.

The vehicle was impounded for 22651(k) VC at 1755 hrs and issued citation #1080731142 for 80.73.2 LAMC – Vehicle left standing on public street for 72-hours.

215

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. 2 | TYPE OF REPORT Impound | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

On March 24, 2009 at 1550 hrs I, Ofcr Skinner responded to a complaint about campers being stored on a public street on Dewey Ave near Bernard. I responded to that location and observed a white Dodge Honey Camper, Ca Lic # ▓▓▓▓▓▓▓▓

Believing that the vehicle might be stored on the public street for over 72-hours, I marked the rear left tire with a white chalk mark at the wheel well and the street around the left rear tire. I made a notation of the front left tire valve which was in the 11 o'clock position.

When I returned to day, March 27, 2009 at 1600 hrs, inc #090327003124. I observed the white tire mark on the rear left tire in the same spot, at the wheel well. I observed the reminence of white chalk on the street around the left rear tire and the front left tire's tire valve wass still in the 11 o'clock position. Based on this information I determined that the vehicle had been left parked on a public street over 72-hours and therefore in violation of 80.73.2 LAMC. The vehicle was cited for 80.73.2 LAMC, cite #1068025766 and impounded by Howard Sommers Tow.

216

P10014

Exhibit 5

# Local Outreach

# Resource

# Information

## LAPD PACIFIC DIVISION

EXHIBIT D — PAGE 80

P10016



# COMMUNITY ALERT

## PACIFIC AREA
### LOS ANGELES POLICE DEPARTMENT
OFFICIAL PUBLICATION OF THE PACIFIC AREA CRIME ANALYSIS DETAIL

## WARNING OF ENFORCEMENT ACTION

### SEC. 85.02 - USE OF STREETS AND PUBLIC PARKING LOTS FOR HABITATION:

No person shall use a vehicle parked or standing upon any city street, or upon any parking lot owned by the City of Los Angeles and under the control of the City of Los Angeles or under control of The Los Angeles County Department of Beaches and Harbors as living quarters either overnight, day by day, or otherwise. (Title and Section Amended by Ord. No. 156,219 Eff. 5/19/83.)

Should you have any questions, please contact the Pacific Area Watch Commander at 310-482-6334.







# RV Parks

THE DOCKWEILER RV PARK STAFF PROVIDES THIS LIST AS A COURTESY. FOR ADDITIONAL
INFORMATION PLEASE CONTACT THE INDIVIDUAL PARK.

**Anaheim Resort RV Park**
200 W. Midway Dr.
Anaheim, CA. 92805
(714)774-3860
Dump Station: $10

**Camp Williams**
24210 E. Fork Rd.
Azusa, CA. 91702
(626)910-1126

**Castaic Lake RV Park**
31540 Ridge Route Rd.
Castaic, CA. 91384
(661)257-3340
Dump Station: $10

**Newport Dunes Waterfront Resort**
1131 Back Bay Dr.
Newport Beach, CA. 92660
(800)765-7661

**Golden Shore RV Resort**
101 Golden Shore
Long Beach, CA. 90802
(800)668-3581

**Anaheim Harbor RV Park**
1009 S. Harbor Blvd.
Anaheim, CA. 92805
(714)535-6495

**Anaheim RV Village**
333 W. Ball RD.
Anaheim, CA. 92805
(714)991-0100
Dump Station: $10

**Bolsa Chica Beach**
17851 Pacific Coast Hwy.
Huntington Beach, CA. 92649
(800)444-7275

**Malibu Beach RV Park**
25801 Pacific Coast Hwy.
Malibu Beach, CA. 90265
310-456-6052

**Orangeland**
1600 W. Struck Ave.
Orange, CA. 92867
(714)633-0414
Dump Station: $10

**Huntington by the Sea**
21871 Newland St.
Huntington Beach, CA. 92646
(714)536-8316

**C. C. Campground**
12262 Harbor Blvd.
Garden Grove, CA. 92840
(714)750-6747
Dump Station: $15

**Valencia Travel Village**
27946 Henry Mayo Dr.
Castaic, CA. 91384
(661)257-3333

**California RV Resort**
1555 Sierra Hwy.
Acton, CA. 93510
(661)269-0914

**Point Mugu State Park**
9000 W. Pacific Coast Hwy.
Malibu, CA. 90265
(805)488-5223

**Dana Point RV Park**
25300 Dana Point Harbor
Dana Point, CA. 92629
(800)444-7275

**Sunset Vista**
105 Pacific Coast Hwy.
Huntington Beach, CA. 92648
(714)969-6621

EXHIBIT D - PAGE 82

P10018







Beverly Clinic (near the Beverly Center)
8405 Beverly Blvd.
W. Hollywood, CA 90048
(medical, dental, legal, psychological)

Hollywood Wilshire (east of Paramount Studios)
Health Center
5205 Melrose Avenue
Los Angeles, CA 90038 (medical)

Hollywood Center
6043 Hollywood Blvd.
Los Angeles, CA 90028 (medical)

Venice Family Clinic
604 Rose Ave.
Venice, CA 90291
Appointment Line: 310-392-8636
(medical and dental)

Burke Health Center
2509 Pico Blvd.
Santa Monica, CA 90405
Appointment Line: 310-392-8636
(medical, possibly dental)

West-side Family Health Clinic
1711 Ocean Park Ave.
Santa Monica, CA
310-450-2191
(medical)

Venice Health Care Center
905 Venice Blvd.
Venice, CA 90291
Appointment Line: 310-392-8636
(medical, possibly dental)

Les Kelley Family Health Center
1920 Colorado Blvd.
Santa Monica, CA 90404
310-319-4700
(medical, sliding scale fee)

EXHIBIT D — PAGE 84

# Local Food Banks/Soup Kitchens



Accufood   (818) 887-3928
6459 Independence Ave Woodland Hills, CA 91367

Woodland Hills Food Banks

Avila Food Bank   (818) 255-0080
7336 Bellaire Ave North Hollywood, CA 91605

North Hollywood Food Banks

Childrens Fund   (818) 895-6001
8641 Sepulveda Blvd North Hills, CA 91343

North Hills Food Banks

Miguel Angel Hot Dogs   (323) 474-4292
1571 Baxter St Los Angeles, CA 90026

Los Angeles Food Banks

Neighbors Helping Neighbors   (562) 771-2475
13513 Telegraph Rd Whittier, CA 90605

Whittier Food Banks

Orange County Food Bank   (714) 897-6670
12340 Knott St Garden Grove, CA 92841

Garden Grove Food Banks

Valley Food Bank the   (818) 785-4476
13422 Saticoy St North Hollywood, CA 91605

North Hollywood Food Banks

Westside Food Bank   (310) 828-6016
1710 22nd St Santa Monica, CA 90404

Santa Monica Food Banks

World Harvest Foodbank   (213) 746-2227
1014 Venice Blvd Los Angeles, CA 90015

Los Angeles Food Banks

EXHIBIT D – PAGE 85

# Women's/Child ent Health Services

Venice Family Clinic

Location: Venice Family Clinic
604 Rose Ave.
Venice, CA. 90291

Venice Health Center
905 Venice Blvd.
Venice, CA. 90291

Venice Family Clinic or Burke Health Center
2509 West Pico Blvd.
Santa Monica, CA. 90405

Telephone #: (310) 392-8636 (centralized call center for appointment at any of the three
facilities)

Eligibility: Uninsured individuals (children, adolescents and adults) who have incomes below
200% of the federal poverty guidelines and who live in the West Health District of Los Angeles
County.

Services Offered: Comprehensive women's health care such as annual pelvic exams and pap
smears; breast exams and referrals for mammograms; family planning and prenatal care. Social
work services such as crisis intervention for domestic violence and other psychosocial issues.
HIV prevention programs and early Head Start Programs.

## Women's Sober Living

THIRD STEP RESIDENCE, INC.
1036 W. 107th Street
Los Angeles, CA 90044
T: 310-749-6365
F: 213-947-4946

## Sojourn Services-Battered Women

1453 16th St
Santa Monica, CA 90404
(310) 264-6644

P10022



# St. Joseph Center

*204 Hampton Drive, Venice 90291   www.stjosephctr.org*

Since 1976, St. Joseph Center has been "Planting Hope, Growing Lives" for low-income and homeless individuals and families. The Center is a 501(c)(3) nonprofit community organization that assists people without regard for religious affiliation or lack thereof through comprehensive case management and integrated social service programs. Enjoying broad-based community support and a sponsored-relationship with its founders, the Sisters of St. Joseph of Carondelet, the Center endeavors daily to fulfill its mission to *provide working poor families, as well as homeless men, women, and children of all ages, with the inner resources and tools to become productive, stable and self-supporting members of the community.* St. Joseph Center serves approximately 6,000 individuals annually.

## *Brief Description of Principal Activities*

Services are carried out at seven sites on the Westside of Los Angeles. St. Joseph Center organizes its programs into three Continuums, designed to provide clients concentrated and coordinated access to programs, according to the nature of their needs:

I. <u>Family Services</u>
   a. Family Center and Food Pantry serves working poor families with case management, groceries, emergency services, housing assistance, educational workshops, recreational activities, and after-school and mentoring activities for youth ages 6-17.
   b. Infant Toddler Development Center cares for homeless and low-income children ages 0-3, providing fun and meaningful activities aimed at developing emotional, physical, academic, and social skills; parenting classes and case management are provided to their parents
   c. Early Learning Center provides free bilingual childcare for homeless and low-income toddler and pre-school children along with parenting classes and case management for their parents.
   d. Culinary Training Program trains unemployed adults in food service and life skills.

II. <u>Homeless Services</u>
   a. Homeless Service Center connects homeless people to emergency services, such as shelter placement, showers, laundry, and mailboxes, in addition to providing long-term case management.
   b. Affordable Housing Program assists family units in securing and maintaining transitional or permanent housing.
   c. Bread and Roses Café serves hot meals in a welcoming atmosphere of dignity.
   d. Senior Services provides case management services to homeless and at-risk housed older adults, with emphasis on housing placement and eviction-prevention services

III. <u>Money Management Services</u>
   a. Monetary Advisory Program provides homeless or at-risk mentally ill adults with case management, money management and help finding and maintaining housing.
   b. Veterans Representative Payee Program provides homeless or at-risk veterans with case management, money management, and housing assistance.

In addition, St. Joseph Center maintains a Thrift Store, which offers used items for sale at affordable prices. The thrift store is open to the public, and some donations to the store are used to provide Center clients with free clothing and household items.

Rev. 12/23/09

EXHIBIT D — PAGE 87

P10023

## HOMELESS RESOURCE GUIDE

**EMERGENCY SHELTERS**
Winter Shelter Program - EMIAGO, 10808 Culver Blvd.,
Culver City, (213) 435-4024
Winter Shelter Program - EMIAGO, 1300 Federal Avenue,
West L.A. (213) 435-4052
Year Round Emergency Shelter- (800) 548-6047
New Image Emergency Shelter - 38th and Broadway Place,
L.A. (323) 231-1711 (Check in by 4pm)
Sojourn Battered Women Shelter- (310) 264-6644

**HOUSING**
OPCC-1453 16th Street, Santa Monica, (310) 264-6646
St. Joseph's Center - 310) 399-6878
People Assisting the Homeless (PATH) 2346 Cotner Ave.,
Los Angeles (310) 996-0034
DHCMC-Venice Center - 1600 Main St. #B, Venice
(310) 306-2944
Hope for Homeless Youth - (213) 353-0775
Bible Tabernacle - 1761 Washington Way, Venice
(310) 821-6116
Sunlight Mission - (310) 450-8802
Turning Point - (310) 399-9228
Daybreak - (310) 450-0650

**MEDICAL**
Venice Family Clinic-604 Rose Ave., Venice 90291
(310) 392-8636
Brotman Hospital Emergency Room - 3828 Delmas Terrace,
Culver City (310) 836-7000
Edelman Westside Mental Health - 11080 W. Olympic Blvd.,
LA (310) 966-6500
Didi Hirsch Community Mental Health Center - 4760
Sepulveda Blvd., Culver City (310) 390-6612
Exodus 24hr Urgent Care- (psychiatric care) 3428 Del Mar
Terrace, Culver City, (310) 253-9494
Rape Treatment Center - (310) 319-4000

EXHIBIT D - PAGE 88

## HOMELESS RESOURCE GUIDE
(continued)

### RECOVERY
UCLA Ronald Reagan Medical DeTox - 300 UCLA Medical Plaza, Westwood, 310) 825-9111
CLARE Foundation - 909 Pico Blvd., Santa Monica - (310) 314-6200
The Salvation Army Adult Rehab Center (for men) - 1665 10th St., Santa Monica, (310) 450-7235
Alcohol & Drug Action Program - 8838 W. Pico Blvd., LA (310) 247-1180
Phoenix House - (310) 392-3070
Bible Tabernacle New Life (for men) - 16301 Sierra Highway Canyon Country (661) 252-5087
The Walter Hoving Home (for women) - 127 South El Molino Drive, Pasadena, (626) 405-0950  (Call for interview)

### LEGAL ASSISTANCE
Los Angeles Legal Aid Foundation - 1640 6th St, Santa Monica  (310) 899-6200

### HOTLINES
211 - L.A. County General Hotline
Suicide Prevention Hotline - (310) 391-1253
L.A. County Domestic Violence Hotline - (800) 978-3600
Rape & Battery Hotline - (310) 392-8381

EXHIBIT D - PAGE 89

Exhibit 6

P10026

# Local Outreach

# Resource

# Information

## LAPD PACIFIC DIVISION

Ex.1 Peters

P10027

3-24-10 Homeless Outreach



**COMMUNITY ALERT**

**PACIFIC AREA**
**LOS ANGELES POLICE DEPARTMENT**
OFFICIAL PUBLICATION OF THE PACIFIC AREA CRIME ANALYSIS DETAIL

WARNING OF ENFORCEMENT ACTION

**SEC. 85.02. USE OF STREETS AND PUBLIC PARKING LOTS FOR HABITATION.**

No person shall use a vehicle parked or standing upon any city street, or upon any parking lot owned by the City of Los Angeles and under the control of the City of Los Angeles or under control of the Los Angeles County Department of Beaches and Harbors as living quarters either overnight, day by day, or otherwise. **(Title and Section Amended by Ord. No. 158,219 EFF. 9/19/83.)**

Should you have any questions, please contact the Pacific Area Watch Commander at 310-482-6334.

①

P10028

# Women's/Child care Health Services

**Venice Family Clinic**

**Location:** Venice Family Clinic
604 Rose Ave.
Venice, CA. 90291

Venice Health Center
905 Venice Blvd.
Venice, CA. 90291

Venice Family Clinic or Burke Health Center
2509 West Pico Blvd.
Santa Monica, CA. 90405

**Telephone #:** (310) 392-8636 (centralized call center for appointment at any of the three facilities)

**Eligibility:** Uninsured individuals (children, adolescents and adults) who have incomes below 200% of the federal poverty guidelines and who live in the West Health District of Los Angeles County.

**Services Offered:** Comprehensive women's health care such as annual pelvic exams and pap smears; breast exams and referrals for mammograms; family planning and prenatal care. Social work services such as crisis intervention for domestic violence and other psychosocial issues. HIV prevention programs and early Head Start Programs.

## *Women's Sober Living*

THIRD STEP RESIDENCE, INC.
1036 W. 107th Street
Los Angeles, CA 90044
T: 310-749-6365
F: 213-947-4946

## *Sojourn Services-Battered Women*

1453 16th St
Santa Monica, CA 90404
(310) 264-6644

# Additional Resources



### *Bible Tabernacle*

1761 Washington Way

Venice, CA 90291

(310)821-6116

### *Bread & Roses Cafe*

Meals Available with

Vouchers from St. Joseph's Center

(404 Lincoln Bl, Venice CA 90291)

### *Cold Weather Shelter ("Night Bus")*

December 1-March 12, 2010

Pick-up at Pacific Ave/Westminster Ave (Dog Park)

Pick-up time: 4:30 p.m. and 6:30 p.m.

*Overnight Stays Only*

# Local Food Banks/Soup Kitchens



Accufood   (818) 887-3988                    Woodland Hills Food Banks
6459 Independence Ave Woodland Hills, CA 91367

Apla Food Bank   (818) 255-0080              North Hollywood Food Banks
7336 Bellaire Ave North Hollywood, CA 91605

Childrens Fund   (818) 895-6001              North Hills Food Banks
8641 Sepulveda Blvd North Hills, CA 91343

Miguel Angel Hot Dogs   (323) 474-4292       Los Angeles Food Banks
1571 Baxter St Los Angeles, CA 90026

Neighbors Helping Neighbors   (562) 777-2475   Whittier Food Banks
13513 Telegraph Rd Whittier, CA 90605

Orange County Food Bank   (714) 897-6670     Garden Grove Food Banks
12640 Knott St Garden Grove, CA 92841

Valley Food Bank the   (818) 785-4476        North Hollywood Food Banks
13422 Saticoy St North Hollywood, CA 91605

Westside Food Bank   (310) 828-6016          Santa Monica Food Banks
1710 22nd St Santa Monica, CA 90404

World Harvest Foodbank   (213) 746-2227      Los Angeles Food Banks
1014 Venice Blvd Los Angeles, CA 90015

# People Helping People



5701 S. San Pedro St.
Los Angeles, CA 90011
Ph: 323. 521 1740
Alt: 323. 232 7956

## *Homeless Services*

*Bridges of Hope*

*Intensive Case Management*

*S.T.E.P.S*

*Permanent Housing Placement*

*Emergency Shelter*

*Family Motel Vouchers*

*Family Motel Vouchers*

*Street Outreach*

*Emergency Shelter*

*Winter shelter*

*Street Outreach*





Beverly Clinic (near the Beverly Center)
8405 Beverly Blvd.
W. Hollywood, CA 90048
(medical, dental, legal, psychological)

Hollywood Wilshire (east of Paramount Studios)
Health Center
5205 Melrose Avenue
Los Angeles, CA 90038 (medical)

Hollywood Center
6043 Hollywood Blvd.
Los Angeles, CA 90028 (medical)

Venice Family Clinic
604 Rose Ave.
Venice, CA 90293
Appointment Line: 310-392-8636
(medical and dental. )

Burke Health Center
2509 Pico. Blvd.
Santa Monica, CA 90405
Appointment Line: 310-392-8636
(medical, possibly dental)

Westside Family Health Clinic
1711 Ocean Park Ave.
Santa Monica, CA
310-450-2191
(medical)

Venice Health Care Center
905 Venice Blvd.
Venice, CA 90291
Appointment Line: 310-392-8636
(medical, possibly dental)

Les Kelley Family Health Center
1920 Colorado Blvd.
Santa Monica, CA 90404
310-319-4700
(medical, sliding scale fee)

# *Local Area Veteran's Centers and Hospitals*



**West Los Angeles Vet Center**
5730 Uplander Way Suite 100
Culver City, CA 90230

**Los Angeles Veterans Resource Center**
1045 W. Redondo Beach Blvd. Suite 150
Gardena, CA 90247

**East Los Angeles Vet Center**
5400 E. Olympic Blvd. #140
Commerce, CA 90022

**Sepulveda Vet Center**
9737 Haskell Ave.
Sepulveda, CA 91343

*All Vet Centers: 1-866-496-8838*

**West Los Angeles Healthcare Center**
11301 Wilshire Blvd.
Los Angeles, CA 90073
Phone: (310) 478-3711

*VA Suicide Prevention: 1(800) 273-8255*

## HOMELESS SERVICE CENTER REFERRAL CARD

This is to introduce:

_____
(Name)

Who is interested in the following services:

☐ FOOD
☐ CLOTHING
☐ SHELTER REFERRAL
☐ SHOWER
☐ LAUNDRY
☐ MAIL
☐ PHONE
☐ JOB REFERRAL
☐ MONEY MANAGEMENT
☐ MEDICAL REFERRAL
☐ DENTAL REFERRAL
☐ ASSISTANCE WITH BENEFITS
☐ PSYCHOLOGICAL SERVICES
☐ DRUG OR ALCOHOL TREATMENT
☐ COMMUNITY GROUPS/SEMINARS
☐ OTHER _____

Date: _____

Referred by: _____
(Outreach Staff)

## ST. JOSEPH CENTER PROGRAMS

For homeless clients:
- Bread and Roses Café
- Homeless Service Center (HSC)
- Affordable Housing Program

For low-income, housed clients:
- Family Center and Food Pantry

For both homeless and low-income, housed clients:
- Child Care and Parenting Program
- Culinary Training Program
- Housing Assistance Program
- Infant Toddler Development Center
- Monetary Advisory Program
- Veterans' Representative Payee Program
- Senior Outreach Program
- Thrift Store

St. Joseph Center
204 Hampton Drive
Venice, California 90291
Phone: 310-396-6968x7,x5
FAX:   310-399-3040
www.stjosephctr.org

St. Joseph Center is an
independent 501(c)(3) organization
affiliated with the
Sisters of St. Joseph of Carondelet.



# HOMELESS SERVICE CENTER (HSC)



## HOMELESS SERVICE CENTER

Homeless Service Center
371 Rose Avenue
Venice, California 90291
Outreach Number 399-6878 x 4#
FAX:      310-399-1339
www.stjosephctr.org

*The Homeless Service Center (HSC) exists to address the needs of all persons who are homeless or at risk of becoming homeless. It is our mission to provide comprehensive supportive services by offering advocacy, information and encouragement to empower individuals to make changes in their lives, giving them an opportunity to reconnect with their surrounding community.*

### Center Hours:

| | |
|---|---|
| Monday: | 8 a.m. – 4:30 p.m. |
| Tuesday: | 8 a.m. – 4:30 p.m. |
| Wednesday: | 8 a.m. – 12:00 noon |
| Thursday: | 8 a.m. – 4:30 p.m. |
| Friday: | 8 a.m. – 3:30 p.m. |

All services provided are <u>free of charge.</u>
Se Habla Español

## PRIMARY PROGRAM SERVICES

- Emergency Services
- Food (Bread and Roses Café)
- Shower
- Laundry
- Phone and phone messages
- Mail
- Clothing
- Support groups
- Case management
- Mental health counseling and referrals
- Shelter, transitional housing and
- Permanent housing referrals
- Drug and Alcohol program referrals
- Medical and Dental services referrals
- Domestic Violence Interventions
- Assistance with benefits (SSI/GR) programs

## HOW TO QUALIFY

- If you are homeless or at risk of becoming homeless, you qualify for our services

## ADDITIONAL INFORMATION

The Outreach Team reaches out to homeless individuals in an attempt to encourage them to utilize services at St. Joseph Center as well as in the Community. This program is funded by LAHSA (Los Angeles Housing Service Authority) and works in collaboration with Venice Family Clinic and the St. Joseph Center Mental Health Specialist.

Homeless Service Center
404 Lincoln Blvd
Venice, CA. 90291
Phone: 310 399 6878 x4#
Fax:  310 399 1339
www.stjosephctr.org





# Dockweiler RV Park Rules and Regulations

Rules and regulations are provided to protect Dockweiler RV Park patrons for the enjoyment, convenience, health and safety of guests. The rules should be observed in the spirit of consideration for others. Campers/guests who fail to obey the Rules and Regulations may be requested to leave. (Pursuant to California Civil Code Section 799.20, et seq.)

1. Length of stay: Up to 21 day stay in a 60-day period, which begins on date of first arrival and maximum of 60 days per calendar year. This applies to date of operator of the RV/camper/trailer, all occupants and the RV/camper/trailer itself.

2. Check-in 1:00 p.m. to 9:00 p.m./check-out 12:00 Noon. Early check-in available at $17.00 rate. DMV registration may be requested at check-in. Visitors must vacate the RV Park by removing all RV's, camping vehicles, trailers, passenger vehicles and personal property before Noon on the ending date of the permit.

3. Fees must be paid in advance upon registration. No more than 5 spaces per person can be reserved at one time.

4. Any changes to reservations or cancellations must be given 7 days prior to scheduled arrival date. Failure to give at least 7 days notice for a change of arrival date will result in the loss of the entire reservation. **Cancellation fee: 1st days fee if not cancelled at least 7 days prior to arrival date. No-shows will also incur a 1st days fee. NO EXCEPTIONS.**

5. **Changes are not permitted to reservations that include holiday weekends, which include MEMORIAL DAY, 4th of JULY and LABOR DAY. The weekends include Fridays. Changes are also not permitted for reservations that are 10 days or longer. If you need to make changes to your reservation, the entire reservation will be cancelled and you will not be permitted to make a new reservation that includes any of the cancelled dates. The rule applies to the customer making the reservation and the RV.**

6. Departure date ticket must be affixed to windshield of vehicles at all times. All extra and guest vehicles must be registered with the office prior to entering the park. RV Park patrons must make sure that their visitors leave no later than 10:00 p.m. **DO NOT ISSUE THE CODE NUMBER TO ANYONE.** Vehicles not displaying a proper parking permit issued by the RV Park office may receive a parking violation.

7. Vehicles must be self-contained and carry the RV industries approval registry number and manufacture's date.

8. RV's, camping vehicles and trailers must remain on wheels at all times. Size limit is 37 feet. **NO EXCEPTIONS.**

9. RV's, camping vehicles and trailers must be parked head in/or head out only. No sideways parking.

10. RV's being towed by a tow truck are not permitted in the park, unless the tow truck is registered to the owner of the RV and it's the mode of movement for the trailer.

11. Vehicles must park behind designated white line. Parking over the line may result in a parking citation.

12. MOTORCYCLES-up to two complimentary motorcycles per site. All motorcycle(s) must be registered in the RV Park office. Up to 5 motorcycles may be parked in a site, provided they fit. If they don't fit, they can be parked against the wall (Monday through Thursday). Friday, Saturday, Sunday or Holidays, they may be parked in lot #1 (payment to park in lot #1 is made at the kiosk).

13. Requests for refunds must be made in person before leaving the Park or in writing within 15 days of departure.

14. Waste/sewage, water or effluent from sinks, portable toilets or other plumbing fixtures must be deposited in the

dumping facility only and may not be deposited directly on any pavement, dirt or vegetation.

15. The speed limit is 5 m.p.h.

16. Mopeds and bicycles are prohibited in the Park. Please use the adjacent bike path for bicycles.

17. Proof of rabies inoculation and a valid license are required for all dogs. (53.24 LAMC) Aggressive dogs will be removed and banned from the Park.

18. Pets must be contained or restrained on a leash of less than 6 feet at all times. (53.06.2 LAMC) Pets may not be left unattended outdoors at any time. (53.34 LAMC) Continuous barking is not permitted.

19. All animals are prohibited on the beach. (53.55 (a) LAMC)

20. Droppings and accidental waste material from pets must be picked up immediately and removed to trash dumpster. Limit two (2) pets per site. Please use provided dog runs.

21. A maximum of eight (8) persons allowed per RV/camping site.

22. Registered guests and all other users of this property are liable for all property damages.

23. Quiet hours are 9:00 p.m. to 6:00 a.m. daily. (Generators may be operated only between the hours of 8:00 a.m. and 8:00 p.m.) Please ensure that speakers, radios, televisions, etc. or other machinery do not emit sound beyond your space. (41.57A(1) LAMC)

24. Rowdiness, loud music, abusive language, drunkenness and possession or use of drugs will not be tolerated at any time.

25. Guests must keep their site clean and free from clutter at all times.

26. No vehicle repairs, maintenance activities, fluid changes, washing/rinsing of vehicles/RV's are permitted in the park.

27. Rope, wire or string may not be attached to trees, vegetation, poles or County property at any time.

28. All property must be in the confines of assigned space. Parking on access road prohibited.

29. All tents/shades/awnings must have 3 open sides. (63.44(9) LAMC) No overnight outdoor sleeping is permitted.

30. Let coals extinguish themselves in barbeque. Do not remove.

31. Fires must be contained in covered fire pits only. Do not use the BBQ's for open fires.

32. The consumption of alcoholic beverages is not allowed on the beach.

33. Absolutely no firearms, fireworks, explosives or weapons of any kind are permitted within any RV, vehicle of any kind or on the person of any guest. (12031 (a) PC)

34. Youths under 18 years of age must be accompanied by a parent or guardian.

35. All federal, state and local laws must be obeyed at all times, this includes the RV and vehicles having current registration.

36. All signs, posted notices and directions of the RV Park manager must be obeyed. Non-compliance may result in immediate loss of parking privileges.

37. The County of Los Angeles and the RV Park management assume no responsibility or liability for the safety and security of campers/visitors and their personal property.

38. Management reserves the right to make changes deemed necessary in these regulations. We reserve the right to refuse services to current and returning guests that have violated our rules and regulations and/or have vacated the park without paying all fees.

*Occupants and their vehicles may be removed without a judicial hearing by law enforcement officers upon 72 hour written notice for failure to pay full amount of space rental when due or for failure to comply with the written rules and regulations of the park. Responsible law enforcement agency: Los Angeles Police Department Pacific Division, Tel. No.: (310) 202-4502*








# *RV Parks*



**THE DOCKWEILER RV PARK STAFF PROVIDES THIS LIST AS A COURTESY. FOR ADDITIONAL INFORMATION PLEASE CONTACT THE INDIVIDUAL PARK.**

**Anaheim Resort RV Park**
200 W. Midway Dr.
Anaheim, CA. 92805
(714)774-3860
Dump Station: $10

**Camp Williams**
24210 E. Fork Rd.
Azusa, CA. 91702
(626)910-1126

**Castaic Lake RV Park**
31540 Ridge Route Rd.
Castaic, CA. 91384
(661)2573340
Dump Station: $10

**Newport Dunes Waterfront Resort**
1131 Back Bay Dr.
Newport Beach, CA. 92660
(800)765-7661

**Golden Shore RV Resort**
101 Golden Shore
Long Beach, CA. 90802
(800)668-3581

**Anaheim Harbor RV Park**
1009 S. Harbor Blvd.
Anaheim, CA. 92805
(714)535-6495

**Anaheim RV Village**
333 W. Ball RD.
Anaheim, CA. 92805
(714)991-0100
Dump Station: $10

**Bolsa Chica Beach**
17851 Pacific Coast Hwy
Huntington Beach, CA. 92649
(800)444-7275

**Malibu Beach RV Park**
25801 Pacific Coast Hwy.
Malibu Beach, CA. 90265
310-456-6052

**Orangeland**
1600 W. Struck Ave.
Orange, CA. 92867
(714)633-0414
Dump Station: $10

**Huntington by the Sea**
21871 Newland St.
Huntington Beach, CA. 92646
(714)536-8316

**C. C. Campground**
12262 Harbor Blvd.
Garden Grove, CA. 92840
(714)750-6747
Dump Station: $15

**Valencia Travel Village**
27946 Henry Mayo Dr.
Castaic, CA. 91384
(661)257-3333

**California RV Resort**
1535 Sierra Hwy.
Acton, CA. 93510
(661)269-0914

**Point Mugu State Park**
9000 W. Pacific Coast Hwy.
Malibu, CA. 90265
(805)488-5223

**Dana Point RV Park**
25300 Dana Point Harbor
Dana Point, CA. 92629
(800)444-7275

**Sunset Vista**
103 Pacific Coast Hwy.
Huntington Beach, CA. 92648
(714)969-5621

# PARK FEES

|          | Year-round |
|----------|------------|
| FRONT    | $65        |
| MIDDLE   | $60        |
| BACK     | $55        |

HOLIDAY ADDITIONAL FEE  $4
(Fee applies to the holiday, 3 days prior to the holiday
and 3 days after the holiday. A minimum 3 day reservation
is required during that 7 day holiday period. HOLIDAYS INCLUDED ARE
MEMEORIAL DAY, 4TH OF JULY AND LABOR DAY)

NOTE: THE ONLY CHANGES PERMITTED TO
RESERVATIONS THAT INCLUDE THE HOLIDAYS
STATED ABOVE ARE: ADDING DAYS AND
CHANGING SITES IF MADE AT LEAST 7 DAYS PRIOR
TO THE ARRIVAL DATE.

NO REFUNDS WILL BE ISSUED FOR RESERVATIONS
THAT INCLUDE THE SUMMER HOLIDAYS ABOVE, EVEN IF CANCELLED
7 DAYS IN ADVANCE. ALSO, NO REFUNDS WILL
BE ISSUED FOR CHECKING OUT EARLY ONCE YOU HAVE REGISTERED IN THE
SITE.

PLEASE ONLY RESERVE THE DATES THAT YOU NEED
AND REGISTER ONLY FOR THE DATES THAT YOU CAN
ACTUALLY STAY TO AVOID PAYING ANY UNNECESSARY FEES.

| | |
|---|---|
| PETS (MAX 2/SITE) | $3 |
| MORE THAN 4 GUESTS | $3 |
| (MAX IS 8 GUESTS/SITE) | |
| RESERVATION | |
| FEE | $10+1ST NIGHT'S DEPOSIT |
| DUMP | $10 |

REMEMBER

- Reservations must be made at least 7 days in advance and a maximum of 90 days from the arrival date.
- Permits are required for each space, including registration of extra vehicles.
- MAX 8 PERSONS PER SITE.
- RV limit is 37 feet.
- NO TENT CAMPING.
- Check in at 1 pm/Check out at 12 noon.
- Cancellation fee: 1st day's fee if not cancelled at least 7 days from arrival date.
- NO VISITOR OR GUEST PARKING

Exhibit 7

P10041



The City of Los Angeles

# Bill Rosendahl

**11th Council District**

Brentwood, Del Rey, Mar Vista, Pacific Palisades, Palms, Playa del Rey, Playa Vista, Venice, Westchester, West LA

---

**FOR IMMEDIATE RELEASE**
**August 17, 2011**

PRESS CONTACT
Tony Arranaga
213-304-3880

### GROUNDBREAKING PROGRAM HOUSES WESTSIDE HOMELESS
*Venetian Moving from Bus to Apartment Demonstrates Success of Rosendahl Initiative*

**WHO:**   Councilmember Bill Rosendahl, 11th District
Alfred Adkins, PATH client and new tenant
Joel John Roberts, CEO, PATH
Mike Arnold, LAHSA
Community Representatives

**WHAT:**   Formerly homeless man moves from bus to Venice apartment.

**WHEN:**   10 A.M., Thursday, August 18

**WHERE:**  609 California Ave, apt. 110
Venice, CA 90291

**VISUAL:**
Rosendahl and community members will help Alfred Adkins, who was been living in a bus on Venice Streets for 10 years, move into his new apartment.

**BACKGROUND:**
Earlier this year, Councilman Bill Rosendahl and the Los Angeles Homeless Services Authority (LAHSA) hired People Assisting the Homeless (PATH) to launch an aggressive and groundbreaking program to help find permanent housing and services for the scores of people living in their cars and campers on Westside streets.

The "Roadmap to Housing" program is now bearing fruit as Adkins moves into his apartment, the second of 35 people for whom PATH has identified housing.

PATH first met Adkins while he was living in an old school bus on the streets of Venice. He was a familiar face to many in the community and has been on a fixed income that was not enough to keep his apartment. Adkins will officially move into his new home on Thursday.

###

Exhibit 8

P10043

Los Angeles Police Department  ☑ MISDEMEANOR  NONTRAFFIC
CITY OF LOS ANGELES

## NOTICE TO APPEAR

70426

| Date of Violation | Time □ AM | Day of Week | Arrest CR No | Evidence DR No |
|---|---|---|---|---|
| 12/18/2010 | 7:20 AM | SATURDAY | | |

Name (First, Middle, Last)
CHRISTOPHER TAYLOR

Address
204 HAMPTON DRIVE #13

| City | State | | Zip Code |
|---|---|---|---|
| VENICE | CA | | |

| Driver Lic. No | State | Class | Age 36 | Birth Date 1/19/1974 |
|---|---|---|---|---|

| Sex M | Hair BLK | Eyes BRO | Height 600 | Weight 190 | Race B | Other Description |
|---|---|---|---|---|---|---|

| Code | Ordinance | Description | | Misdemeanor or Infraction (Circle) |
|---|---|---|---|---|
| 85.02LAMC | ILLEGAL LODGE IN VEHICLE | | | Ⓜ |
| O.R. PER | SGT BEACHAM | 25393 | | M |
| | | | | M |
| | | | | M |
| | | | | M |
| | | | | M |

| Location of Violation(s) | City and County of Los Angeles |
|---|---|
| ROSE AND 3RD | |

Comments (Including RD number)
BKG 2582187      RD 1413       ☐ Booking Required (see reverse)

☑ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| DEVEN | ☐ TE  ☐ CI  ☐ PT | G9003 | |
|---|---|---|---|
| Arresting or Citing Officer | DIV JAIL | Serial No | Dates Off |
| 12/18/10 | YOSHIOKA | 36027 | |
| Date | Name of Arresting Officer, if different from Citing Officer | Serial No | Dates Off |

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature

WHEN  ON THIS DATE  1  12  2011  TIME 0830  ☑ AM  ☐ PM

WHAT TO DO  FOLLOW THE INSTRUCTIONS ON THE REVERSE

WHERE:
☐ Metropolitan, 1945 South Hill Street, Los Angeles, 90007, (213) 744-4022.
☐ Central Arraignment Court, 429 Bauchet Street, Los Angeles, 90012, (213) 974-6075
☐ South, 415 West Ocean Boulevard, Long Beach, 90802, (562) 491-6226
☐ West Los Angeles, 1633 Purdue Avenue, West Los Angeles, 90025, (310) 312-6547
☐ Van Nuys, 14400 Erwin Street Mall, Van Nuys, 91401, (818) 374-2963
☐ North Valley, 900 Third Street, San Fernando, 91340, (818) 898-2407
☐ West Valley, 6435 Penfield Avenue, Chatsworth, 91311, (818) 576-8565
☐ Hollywood, 5925 Hollywood Boulevard, Hollywood, 90028, (323) 856-5747
X Airport, 11701 South La Cienega Boulevard, Los Angeles, 90045, (310) 727-6020

0                                                    DEPT D14

☐ TO BE NOTIFIED  11701 S LA CIENEGA BL, L.A.

NOTICE TO APPEAR FORM APPROVED BY THE
JUDICIAL COUNCIL OF CALIFORNIA
Rev. 01-01-05 (Per Code § 853.9)

DEFENDANT COPY
SEE REVERSE
TR 130
(Rev.) 03 (01-09)

Exhibit 9

Aug 11 2011  11:05    P.02

# ARREST REPORT

| BOOKING NO. | D.R. / LOC. BKG. | DET. LIC. NO. | STATE MT |
|---|---|---|---|
| 2582187 | 4214 | NONE | N |

ARRESTEE'S LAST NAME: **TAYLOR**   FIRST: **CHRISTOPHER**   MIDDLE:

ADDRESS: **204   HAMPTON DRIVE**   APT. **18**

CITY: **VENICE**   STATE: **CA**

DR #: **1814 - 01844**

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| M | B | BLK | BRO | 600 | 190 | 011974 | 38 |

STATE I.D. NO. **DGX7715**   STATE: **XX**   R.D. **1413**

BIRTHPLACE: **COLUMBUS   OH**

**UNK**   **US - CT**

DIVISION: **4214**   DETAIL ARRESTING: **Z**   DATE ARRESTED: **121910**   TIME ARR.: **0720**   TIME BKG.: **0841**

LOCATION OF ARREST: **ROSE**   **3RD   AV**   **AV RM 000**   TOTAL 100

TYPE CHARGES CODE: **M LAMC**   DEP NO.: **85.02**   **ILEGAL LODGE VEH**

## ADMONITION OF RIGHTS (WHEN APPLICABLE)

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

**NOT ADMONISHED**

ADDITIONAL CHARGES (ON ADDL WARRS. LIST NO., COURT, AND BAIL INCL. P.A.)

SOCIAL SECURITY NO.: **UNK**

ARRAIGN. DATE    TIME    COURT    LOCATION CRIME COMMITTED: **SAA**   R.D. **SAME**   RESIDENCE PHONE NO. **NONE**

EMPLOYER / SCHOOL: **SELF**   OCCUPATION: **ARTIST**   PH: **N/V**

CLOTHING WORN: **BLU JNS. BLU SWTR. BLK BOOTS**

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE: **BRUFFY'S TOW 3103950084**

LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.: **VEHICLE RCP SAME DATE**

VEHICLE USED (YEAR, MAKE, MODEL, TYPE, FIGURE, LIC. NO., ID. MARKS): **94 FORD PROBE 2D RED DGX7715 - OH**

COMPLAINTS / EVID. OF ILLNESS / INJURY WHEN TREATED: **NONE**

DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS: **PARKED 3RD AV - ROSE AVE**   RETAINED: **NONE**   CASH: **1.25**

## INVOLVED PERSONS

| Code: | V = VICTIM | W = WITNESS | P/A = PRIVATE PERS | TO = OWNER | R = REPORT | RELATED CODES |
|---|---|---|---|---|---|---|

| | V & W/R | SEX/DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY - |
|---|---|---|---|---|---|---|---|---|
| R | | | | | | | | |
| R | | | | | | | | |
| R | | | | | | | | |

**COMBINED CRIME REPORT**

**COMBINED EVID. RPT.**

**EXHIBIT**
**9 for PJ**
**8-25-11** PM

APPROVAL / REPORTING OFFICERS: **S MURRAY 35945 PAC**   **R YOSHIOKA 36027 14225**

DATE: **12/20/10**   **0004   14**

JUVENILE DISPO.    ARREST REPORT

P10046

CONTINUATION SHEET

| PAGE 2 OF 3 | TYPE OF REPORT | | Arrest | | | BOOKING NO. 2582187 | DR NO. 10-14-0/(?) |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |

Deft: Taylor, Christopher Edward      DOB: 01/19/1974
Chg: 85.02 LAMC-Use of City Streets for Habitation

**Source of Activity:**

On 12/18/10 at approximately 0720 hours my partner, Ofcr Yoshioka #36027, and I, Ofcr Murray # 35945, were working the Venice Task Force Homeless Outreach Unit, 14Z23. We were driving a marked black and white Police vehicle and wearing full uniform. We were conducting directed patrol in the area of 3rd Ave and Rose Ave for numerous and ongoing illegally parked motor homes with people illegally lodging inside these vehicles. Our mission per Pacific Patrol Captain Crump is as follows:

*"Due to the amount of documented criminal activity, in addition to citizen complaints regarding criminal activity, illegal lodging, illegal dumping, trespassing, prostitution, narcotics sales, noise, and general "Quality of Life" issues, Pacific Area will deploy officers as part of a Task Force in these designated areas.*

*The boundaries for the Task Force have been defined as Lincoln Boulevard to the east, Washington Boulevard to the south (including the Marina peninsula), the Pacific Ocean to the west, and Dewey Street to the north.*

*The mission of the Task Force is to effect arrests of individuals who are violating local and state codes. In addition, officers will attempt to gain intelligence regarding individuals or groups who may be involved in criminal activity. Furthermore, officers will provide shelter and service provider information to individuals, whether arrested or not, with whom they come in contact with, or who are found to be violating the law by lodging in their vehicles, or who are found trespassing on city or private property during overnight hours, and who are deemed by the officer to be at risk or as someone who could benefit from the information."*

**Investigation:**

While driving northbound on 3rd Ave from Rose Ave my partner and I noticed a red Ford Probe (Ohio lic plate #DGX7715) parked on the west curb of 3rd Ave facing south. We immediately recognized the vehicle as the same car that we made contact with on 10/29/10. On 10/29/10 the subject inside the vehicle at the time (later identified as Deft-Taylor) was warned for illegally lodging inside his vehicle. My partner and I explained the municipal code section that prohibits using a vehicle as living quarters on city streets to Taylor and he understood. Taylor also understood that he could be cited or arrested if he were to continue his illegal activity.

On 12/18/10 at 0720 hours I, Murray, saw the passenger side door of Taylor's vehicle open with an unidentified male standing next to the door. As I approached the passenger door I saw Taylor sitting in the back seat. Next to Taylor on the back seat was a sleeping bag. I saw a clear glass bottle of beer which was almost full resting on the floor between Taylor's feet. On the front passenger seat there was a tin foil tray of fresh fruit and bread.

9-2

P10047

Aug 11 2011  11:06  P.04

## CONTINUATION SHEET

| PAGE | TYPE OF REPORT | | | | | BOOKING NO. | DR NO. |
|------|----------------|--|--|--|--|-------------|--------|
| 3 OF 3 | Arrest | | | | | 2582187 | 10-14- 0[6[6[9] |

| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |
|----------|-------|---------|------------|-------|-----------|----------------------------------------------------------------------|--------------|

On the front passenger floorboard there was a pair of sneakers and miscellaneous clothing items. The driver's side floorboard was cluttered with clothing hangers and a plastic bag. The steering column cover and ignition key cylinder were missing. The driver's seat had a black back pack with personal items inside including a cell phone. The back seat rear deck had a bag with books inside. The condition of the vehicle was the same as it was on 10/29/10.

Taylor stated that he wasn't living out of his vehicle but that he was living at St. Joseph's shelter located at 204 Hampton Dr. Taylor also stated that the glass bottle that looked like it was full of beer was actually full of his urine. Taylor was previously warned for illegally lodging in his vehicle on City streets and has consistently kept his car parked on 3rd Ave between Rose Ave and Sunset Ave on a daily basis since our initial contact with him on 10/29/10.

**Arrest:**
Ofcrs placed Taylor under arrest for 85.02 LAMC-Use of City Streets for Habitation and transported him to Pacific station for booking approval.

**Booking:**
Taylor was booked at Pacific Jail for 85.02 LAMC-Use of City Streets for Habitation per the approval of Sgt Beacham #25393, Pacific Area Day Watch Commander.

**Photos/Evidence:**
I, Murray, took digital photos of the interior of Taylor's vehicle and turned the disk (D#0040825) over to Pacific KIT room.

**Additional:**
Taylor's vehicle was impounded to Bruffy's Tow per authority 22651(h)(1)VC-Driver Arrested. Taylor stated that his vehicle was inoperable at the time of impound. Taylor would not have been able to move the vehicle because he did not have a key for the vehicle and the ignition key cylinder was missing.

**Court Info:**
My partner and I can testify to the contents of this report.

15.09.00 (10/81)

9-3

Aug 11 2011  11:10    P. 09

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES
### PROBABLE CAUSE DETERMINATION (DECLARATION)

| Location Booked: | Booking No.: | Arrest File No.: |
|---|---|---|
| Pacific Jail | 2562187 | 1014- 0/6969 |

| Arrestee/Suspect (Last, First, Middle): | DOB: |
|---|---|
| Taylor, Christopher Edward | 01/19/1974 |

| Arrestee/Suspect's Residential Address: | Location of Occurrence: |
|---|---|
| 204 Hampton Dr #13 Venice, CA 90291 | 3rd Ave-Rose Ave |

| Booking Charge(s): | Misdemeanor ✓ | Supplemental Holds/Warrants |
|---|---|---|
| 85.02 LAMC | Felony ☐ | Charges: |

| Date/Time of Arrest: | | 48 Hour Expiration Date and Time: | |
|---|---|---|---|
| 12/18/2010 | 7:20 | 12/20/10 | 7:20 |

| Arresting Agency/Division: | Arresting Officer(s): | Employee No.: |
|---|---|---|
| LAPD/Pacific | Murray/Yoshioka | 35945/36027 |

| Supervisor(s) Approving: | Employee No.: | Date/Time: | Contact Phone No.: |
|---|---|---|---|
| | 35953 | 12/18/2010 | 310-482-6334 |

Facts establishing elements of offense(s)/violation(s). Information identifying/connecting arrestee/suspect by name with the violation(s) listed:

Deft was warned on 10/29/10 for illegal lodging inside his vehicle. Deft was observed lodging inside the same vehicle again on 12/18/10 on the same block. The Deft was seated in the back seat of his car. The interior of the vehicle had a sleeping bag, food, clothes, personal items and a bottle filled with urine. The vehicle was inoperable.

☑ See attached reports incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on   12/18/2010   12:00   in the County of Los Angeles, California.

   (date)      (time)

| S. M _____ | S. Murray | 35945 |
|---|---|---|
| (Signature) | (Print Name) | (Employee No.) |

| Telephonic Determination ONLY | Probable Cause Determination |
|---|---|
| On: _____ , I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____ . The Judicial Officer advised me that there | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there |
| ☐ IS  ☐ IS NOT   probable cause to believe this arrestee has committed a crime. | ☐ IS  ☐ IS NOT   probable cause to believe this arrestee has committed a crime. |
| I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California, on _____ at _____ | |
| _____ (Date)  _____ (Time) | (Judicial Officer's Signature)   (Date) |
| (Signature)   (Employee No.) | (Block Stamp)   (Time) Q-4 |

CRIM 064 Revised: 10-21-08

192

## CITY ATTORNEY DISCLOSURE STATEMENT

OFFICERS - FORM TO BE COMPLETED ON ALL FELONY AND MISDEMEANOR ARRESTEES
DETECTIVES - FORM TO BE FILED WITH CITY ATTORNEY ONLY
Answer all questions to the best of your personal knowledge.

| Type of Report | Booking No. | DR No. |
|---|---|---|
| ARREST | 2582187 | 1014 0169 |

1. Reports: To your knowledge, what reports (except personnel investigations) were prepared in relation to this investigation?

☒ Arrest  ☐ Crime  ☐ Property  ☒ PCD  ☐ Follow-up  ☐ Vehicle (CHP 180)  ☐ CHP 555
☐ DMV-DS367  Other:

2. The following items exist:  Photographs (include C#) _____  Video tape _____

Audio tape (including officer's personal tape)  ☐ YES  ☒ NO  Other: _____

3. Has there been or is there a pending Use of Force investigation?  ☐ YES  ☒ NO
   If YES, provide the name and serial number of supervisor conducting investigation.

Name _____  Serial No. _____

4. List the NAME, ADDRESS, PHONE NUMBER and DATE OF BIRTH of all CIVILIAN WITNESSES not named in any report(s), whether interviewed or not.

| Name | Address | Phone No. | DOB |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5. List the NAME, SERIAL NUMBER, ASSIGNMENT and ROLE of all OFFICERS not named in the report(s) who were percipient witnesses or otherwise involved in this incident.

| Officer Name | Serial No. | Assignment | Officer's Role |
|---|---|---|---|
| | | | |
| | | | |

6. List the NAME, SERIAL NUMBER, DEPARTMENT/AGENCY and UNIT NUMBER of all FIRE DEPARTMENT and EMERGENCY MEDICAL PERSONNEL who responded to this incident, but were not named in any report(s):

| Name | Serial No. | Department/Agency | Unit No. |
|---|---|---|---|
| | | | |
| | | | |

7. List any SUSPECT(S) STATEMENT(S) not included in any report(s):

8. List any CIVILIAN WITNESS(ES) STATEMENT(S) not included in any report(s):

9. Are there any RETAINED OFFICER NOTES or DIAGRAMS not included in any report(s)?  ☐ YES  ☐ NO
   If YES, identify:

| Officer Name | Serial No. | Assignment | Item |
|---|---|---|---|
| | | | |
| | | | |

10. List any known facts not included in any report(s) that might be considered as favorable to the defense or damaging to the prosecution, or which might negatively reflect on the credibility of any prosecution witness:

All of the answers to the above questions are true to the best of my personal knowledge.

| Signature | Serial No. | Div. of Assignment | Role in Arrest | Date |
|---|---|---|---|---|
| | 35945 | PAC | A/O | 12-18-10 |
| | 36027 | PAC | A/O | 12-18-10 |

9-5

Los Angeles Police Department
BOOKING APPROVAL

STOP CHRISTOPHER

YOSHISATO / MURRAY    3605 / 2045    PANE    14315

CONSTITUTES YOUR NON-ELIGIBILITY FOR RELEASE

ORIGINAL - ATTACH TO THE ORIGINAL ARREST REPORT, OR TO DEMAND NO ARREST REPORT ON BAIL
COPY #1 - ATTACH TO JAIL CUSTODY RECORD. FURNISH A WRITTEN COPY OF ARREST

124

10051

Aug 11 2011 11:07   P.05

**STATE OF CALIFORNIA**
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

IMPOUND

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

# VEHICLE REPORT
CHP 180 (Rev. 06-09) OPI 053

| | | | |
|---|---|---|---|
| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | FILE NO. |
| PD / PACIFIC | 1942 | 12-18-10 / 0720 | 1014 - 016414 |
| DIVISION TOWED / STOLEN FROM | ODOMETER READING | | DATE / TIME DISPATCH NOTIFIED | LOGGED |
| 300 AL S/O ROSE AV   BD 14B | 200995 | | 12-18-10 1720 | 1826 |
| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☒ ONE ☒ TWO | MONTH / YEAR | STATE |
| 1999 | FORD | PROBE | 2D | RED | DGX7715 | | 05/2011 | OH |
| VEHICLE IDENTIFICATION NO. |
| 1ZVLT20A7B5112338 9 |

| REGISTERED OWNER | ☒ SAME AS R/O | LEGAL OWNER |
| LESLIE A TAYLOR | | |
| 74 JORDAN DR | | |
| GAHANNA, OH 43230 | | |

| ☐ STORED | ☒ IMPOUNDED | ☐ RELEASED | ☐ RECOVERED - VEHICLE / COMPONENT |

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
| BRUEY'S TOW 4140 GLENCOE AV, MARINA DEL REY 90292 | 22651 CHP (VC) |

| TOWED TO / STORED AT | ARREST | DRIVEABLE? | VIN SWITCHED? |
| BRUEY'S TOW (310) 395-0081 | ☒ YES ☐ NO ☐ 1 | ☒ YES ☐ NO ☐ JUNK ☐ UNK | ☐ YES ☒ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ☒ | SEAT (FRONT) | ☒ | | REGISTRATION | | ☒ | LEFT FRONT | |
| BURNED HULK par. 431(d) VC | | ☒ | SEAT (REAR) | ☒ | | ALT. / GENERATOR | ☒ | | RIGHT FRONT | |
| VANDALIZED | | ☒ | RADIO | ☒ | | BATTERY | ☒ | | LEFT REAR | WORN |
| ENG. / TRANS. STRIP | | ☒ | TAPE DECK | ☒ | | DIFFERENTIAL | ☒ | | RIGHT REAR | |
| MISC. PARTS STRIP | | ☒ | TAPES | ☒ | | TRANSMISSION | ☒ | | SPARE | UNK |
| BODY METAL STRIP | | ☒ | OTHER RADIO | ☒ | | AUTOMATIC | ☒ | | HUB CAPS | NO |
| SURGICAL STRIP (par 431(b) VC | | ☒ | IGNITION KEY | ☒ | | MANUAL | | ☒ | SPECIAL WHEELS | NO |

| RELEASE VEHICLE TO: ☒ R/O OR AGENT ☐ AGENCY HOLD ☐ 22851.3 VC | CARRIER / PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
| | | 12-18-10 |

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |

| SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION |

| ☐ STOLEN VEHICLE / COMPONENT | ☐ EMBEZZLED VEHICLE | ☐ PLATE(S) REPORT |
| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P |

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT

**REMARKS**
(LIST PROPERTY, TOOLS, VEHICLE DAMAGE AND VALUE)

| DRIVER OF VEHICLE | ARRESTED / SECTION | REPORTED BY | CARGO / TYPE? | VALUE? |
| CHRISTOPHER TAYLOR | ☒ YES ☐ NO 85.02 LAMC | | ☐ YES ☐ NO | ☐ YES BILL OF LADING ATTACHED |

RIGHT DENTS AND SCRATCHES 360°
FRONT HOOD T/C DAMAGE
FRONT BUMPER T/C DAMAGE
LEFT DOOR DENT

EXHIBIT
10 for ID
8-25-11 DMT



| FRONT | LEFT SIDE | RIGHT SIDE | REAR | TOP |

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICE(S) SENT TO REGISTERED ☐ YES ☒ NO AND LEGAL OWNERS PER 22852 VC? | DATE NOTIFIED 12-18-10 |
| YOSHIOKA | 3602? | | | |

110

P11005?

Aug 11 2011 11:05     P.05

## STOLEN / EMBEZZLED NARRATIVE

NARRATIVE

SEE PAGE 3

P10053

## CONTINUATION SHEET

| PAGE | TYPE OF REPORT | | | | | BOOKING NO. | DR NO. |
|------|------|---|---|---|---|---|---|
| 2 OF 3 | Arrest | | | | | 2582187 | 10-14-0/(40 |

| EM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |
|------|------|------|------|------|------|------|------|
| | | | | | | | |

Deft: Taylor, Christopher Edward       DOB: 01/19/1974
Chg: 85.02 LAMC-Use of City Streets for Habitation

### Source of Activity:

On 12/18/10 at approximately 0720 hours my partner, Ofcr Yoshioka #36027, and I , Ofcr Murray # 35945, were working the Venice Task Force Homeless Outreach Unit, 14Z25. We were driving a marked black and white Police vehicle and wearing full uniform. We were conducting directed patrol in the area of 3rd Ave and Rose Ave for numerous and ongoing illegally parked motor homes with people illegally lodging inside these vehicles. Our mission per Pacific Patrol Captain Crump is as follows:

*"Due to the amount of documented criminal activity, in addition to citizen complaints regarding criminal activity, illegal lodging, illegal dumping, trespassing, prostitution, narcotics sales, noise, and general "Quality of Life" issues, Pacific Area will deploy officers as part of a Task Force in these designated areas.*

*The boundaries for the Task Force have been defined as Lincoln Boulevard to the east, Washington Boulevard to the south (including the Marina peninsula), the Pacific Ocean to the west, and Dewey Street to the north.*

*The mission of the Task Force is to effect arrests of individuals who are violating local and state codes. In addition, officers will attempt to gain intelligence regarding individuals or groups who may be involved in criminal activity. Furthermore, officers will provide shelter and service provider information to individuals, whether arrested or not, with whom they come in contact with, or who are found to be violating the law by lodging in their vehicles, or who are found trespassing on city or private property during overnight hours, and who are deemed by the officer to be at risk or as someone who could benefit from the information."*

### Investigation:

While driving northbound on 3rd Ave from Rose Ave my partner and I noticed a red Ford Probe (Ohio lic plate #DGX7715) parked on the west curb of 3rd Ave facing south. We immediately recognized the vehicle as the same car that we made contact with on 10/29/10. On 10/29/10 the subject inside the vehicle at the time (later identified as Deft-Taylor) was warned for illegally lodging inside his vehicle. My partner and I explained the municipal code section that prohibits using a vehicle as living quarters on city streets to Taylor and he understood. Taylor also understood that he could be cited or arrested if he were to continue his illegal activity.

On 12/18/10 at 0720 hours I, Murray, saw the passenger side door of Taylor's vehicle open with an unidentified male standing next to the door. As I approached the passenger door I saw Taylor sitting in the back seat. Next to Taylor on the back seat was a sleeping bag. I saw a clear glass bottle of beer which was almost full resting on the floor between Taylor's feet. On the front passenger seat there was a tin foil tray of fresh fruit and bread.

/6-3

15.09.00 (10/01)

P10054

## CONTINUATION SHEET

| PAGE 3 OF 3 | TYPE OF REPORT | | | Arrest | | BOOKING NO. 2582187 | DR NO. 10-24-0/8V/U |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |

On the front passenger floorboard there was a pair of sneakers and miscellaneous clothing items. The driver's side floorboard was cluttered with clothing hangers and a plastic bag. The steering column cover and ignition key cylinder were missing. The driver's seat had a black back pack with personal items inside including a cell phone. The back seat rear deck had a bag with books inside. The condition of the vehicle was the same as it was on 10/29/10.

Taylor stated that he wasn't living out of his vehicle but that he was living at St Joseph's shelter located at 204 Hampton Dr. Taylor also stated that the glass bottle that looked like it was full of beer was actually full of his urine. Taylor was previously warned for illegally lodging in his vehicle on City streets and has consistently kept his car parked on 3rd Ave between Rose Ave and Sunset Ave on a daily basis since our initial contact with him on 10/29/10.

**Arrest:**
Ofcrs placed Taylor under arrest for 85.02 LAMC-Use of City Streets for Habitation and transported him to Pacific station for booking approval.

**Booking:**
Taylor was booked at Pacific Jail for 85.02 LAMC-Use of City Streets for Habitation per the approval of Sgt Beacham #25393, Pacific Area Day Watch Commander.

**Photos/Evidence:**
I, Murray, took digital photos of the interior of Taylor's vehicle and turned the disk (ID#0040025) over to Pacific KIT room.

**Additional:**
Taylor's vehicle was impounded to Bruffy's Tow per authority 22651(h)(1)VC-Driver Arrested. Taylor stated that his vehicle was inoperable at the time of impound. Taylor would not have been able to move the vehicle because he did not have a key for the vehicle and the ignition key cylinder was missing.

**Court Info:**
My partner and I can testify to the contents of this report.

15.09.00 (10/81)

117

Exhibit 10

P10056

Exhibit 11

P10057



# Venice United Methodist Church

1020 Victoria Ave, Venice CA. 90291
Ph. (310) 391-2314
Website: www.veniceumc.org. E-Mail: veniceumc@gmail.com

THIS VEHICLE AND OWNER HAVE PERMISSION TO
PARK IN THE VENICE UNITED METHODIST CHURCH
PARKING LOT ON DATE BELOW:

TAG  RQDAHSE  CAUB

DATE: 12/1/10 - 12/31/10  8p-8a

SIGNED  Rick Att

FOR VENICE UNITED METHODIST CHURCH

*He will be like a tree firmly planted by streams of water, Which yields its fruit in its
season And its leaf does not wither; And in whatever he does, he prospers. Psalm 1:3*



Exhibit
Jacobs-Elstein
8/9/11  2
Pamela S. Harris, CSR 390

DESERTRAIN PL  000178

P10058

Exhibit 12

P10059



# Venice United Methodist Church

1020 Victoria Ave. Venice CA. 90291
Ph. (310) 391-2314
Website: www.veniceumc.org. E-Mail: veniceumc@gmail.com



DEFTS'

Exhibit _2_
Jacobs-Elstein
8/9/11 _2_
Pamela S. Harris, CSR 390

## THIS VEHICLE AND OWNER HAVE PERMISSION TO PARK IN THE VENICE UNITED METHODIST CHURCH PARKING LOT ON DATE BELOW:

TA6 RQDAHSE cAUB

DATE: 1/1/11 — 1/31/11   8pm – 8am

SIGNED _Rick Flat_

FOR VENICE UNITED METHODIST CHURCH

*He will be like a tree firmly planted by streams of water, Which yields its fruit in its season And its leaf does not wither; And in whatever he does, he prospers. Psalm 1:3*

DESERTRAIN PL  000176

2-1

P10060

Exhibit 13

P10061



DESERTRAIN PL 000174

P10062

Exhibit 14



# RECEIPT

No. 148460

DATE 02-08-11

RECEIVED FROM Steve Jacobs                    $ 265.0?

Two hundreds Sixty One ———————————— DOLLARS

○ FOR RENT
○ FOR _____ 124

| ACCOUNT | | | ⊘ CASH |
|---------|--|--|--------|
| PAYMENT | | | ○ MONEY ORDER |
| BAL. DUE | | | ○ CHECK |
|  | | | ○ CREDIT CARD |

BY High Mesa Motel

FROM 02-08-11 TO 02-13-11



DESERTRAIN PL 000168



Exhibit 15

P10065



**D. Stephen Clare**

743 Palms Boulevard
Venice, California 90291

Commencing February 14, 2011

To Whom It May Concern:

Steve Jacobs has permission of the owners of the property located at 733-743 Palms Boulevard, Venice, CA 90291 to park his SUV vehicle on the property behind our garages. If you have any questions, you may call me at 310-822-0517 and please identify yourself on the answer machine.

Thank you.

Very truly yours,

Steve Clare
Owner

DESERTRAIN PL 000172

EX.5

P10066

Exhibit 16

P10067

213 637 2236        Dept Mental Health – AJ                    11  11:21 a.m.  02-24-2011    2/3

02/23/2011   17:55    3104791394           LAC MENTAL HEALTH              PAGE 86/88
                                                                          Attachment I

## MHSA Housing Certification Application

**Section 1.  Referral Source**

☑ MHSA Housing Program  ☐ MHSA Housing Trust Fund  ☐ Both

Date Received _____
☑ Approved ☐ Denied  Date 2-24-2011
Initials _____

Referring Agency: Edelman MHC.

Address: 11080 W. Olympic Bl  City: Los Angeles  Zip Code: 90064

Contact Name: Alina Grigorian     Phone: 310-9206-6551

Email: Agrigorian@dmh.lacounty.gov.

**Section 2.  Applicant Information**

Name: Steve Jacobs-Elstein     Date: 2-23/11

Phone Number/Message Number: _____    Gender: Male

Social Security Number: _____  Date of Birth: 7/20/1964

Making Address (Address Where Mail Can Be Received): P.O. Box 2768  City: Beverly Hills  Zip Code: 90231

IS Number: 8358311.

**Section 3.  MHSA Eligibility Criteria** (check all that apply)

☑ Adult or older adult with a severe and persistent mental illness (as defined in Welfare and Institutions Code 5600.3)
☐ Child/adolescent with severe emotional disturbance (as defined in Welfare and Institutions Code 5600.3)
☐ Individual has a co-occurring mental health and substance abuse disorder
☑ Current mental health service provider: Edelman MHC
☐ Tenant has declined mental health services

**Section 4.  Homeless or At Risk of Homelessness Status** (check all that apply)

Length of most recent episode of homelessness: 3 years

☐ Living on the streets
☐ Living in an emergency shelter or in transitional housing
☐ Living in an institutional setting (e.g. jail, juvenile hall/camp, psychiatric hospital or IMD) and will be homeless upon release
☐ Lacking a fixed, regular and adequate nighttime residence
☐ Temporarily living in a residential care facility
☐ Facing eviction & unable to identify a new residence

☐ Living in an overcrowded setting in which they do not hold a lease
☐ Living in substandard housing subject to an official notice to vacate
☐ Paying more than 50% of income in housing costs
☐ "Doubling up" or "couch surfing" due to economic hardship
☐ Living in motels, hotels, trailer parks or camp grounds
☐ Victim of domestic violence who is unable to obtain housing
☑ Other (please explain): living in a car

**Section 5.  Income**

Sources (check all that apply):

☐ SSI   ☐ VA   ☐ Unemployment
☐ SSDI  ☐ Social Security  ☐ None
☐ SDI   ☐ CalWORKS  ☐ Other (list below):
☑ GR    ☐ Wages/salary

Benefit Establishment Status (if applicable):

Type of benefit: SSI/SSDI
Date Application Submitted: 8/10/10       ☑ Pending ___ Denied ___ Appealed
Type of benefit: _____
Date Application Submitted: _____        ___ Pending ___ Denied ___ Appealed

**Section 6.  Desired Location**

Address of Unit Requested (if known): Horizon Apartments

Street Address: 15 Horizon Dr     Unit/Apt: _____

City: Venice  State: CA  Zip: 90291

Requested Service Area(s):

DSA 1: Antelope Valley  DSA 3: San Fernando/Santa Clarita Valleys  DSA 5: West
DSA 2: San Gabriel Valley  DSA 4: Metro  DSA 6: South
DSA 7: East  DSA 8: Harbor

**Section 7.  Household Size**

(attach additional page if necessary)

☑ 1 person   ☐ 2 people   ☐ 3 people   ☐ 4 people   ☐ Other ___

If more than one person is checked above, complete the following:

| Name: | Name: | Name: |
| Relationship: | Relationship: | Relationship: |
| Date of Birth: | Date of Birth: | Date of Birth: |
| Age: | Age: | Age: |

Signed Authorization to Disclose Client's Protected Health Information attached  ☑ Yes  ☐ No

_____  2/23/11          Alina Grigorian   2/23/11

DESERTRAIN PL 000170

Los Angeles Police Department   ☐ MISDEMEANOR   NONTRAFFIC
CITY OF LOS ANGELES

# NOTICE TO APPEAR   10127

| Date of Violation | Time ☐ AM ☐ PM | Day of Week S M T W T F S | Arrest DR No. | Evidence DR No. |
|---|---|---|---|---|

Name (First, Middle, Last)
STEVE JACOBS-FISTEIN

Address

| City | State | Zip Code |
|---|---|---|

| Driver Lic. No. | State | Class | Age | Birth Date |
|---|---|---|---|---|

| Sex | Hair | Eyes | Height | Weight | Race | Other Description |
|---|---|---|---|---|---|---|

| Code | Ordinance | Description | ☐ | Misdemeanor or Infraction (Circle) |
|---|---|---|---|---|
| 85.02 LAMC ILLEGAL USE OF CITY | | | | M |
| VEH FOR LODGING IN VEH PUBLIC | | | | M |
| (RONAHSE) | | | | M |
| | | | | M |
| | | | | M |
| | | | | M |
| | | | | M |
| | | | | M |
| | | | | M |

Location of Violation(s)
1ST BROADWAY   City and County of Los Angeles

Comments (Including RD number)   ☐ Booking Required (see reverse)

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| ☐ TE ☐ CI ☐ PT | | PAST to |
|---|---|---|
| Arresting or Citing Officer DIV | Serial No. | Dates Off |

| Date | Name of Arresting Officer, if different from Citing Officer | Serial No. | to Dates Off |
|---|---|---|---|

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature

WHEN:   ON THIS DATE:                TIME:        30   ☐ AM  ☐ PM

WHAT TO DO:   FOLLOW THE INSTRUCTIONS ON THE REVERSE.

WHERE:
☐ Metropolitan, 1945 South Hill Street, Los Angeles, 90007, (213) 744-4022
☐ Central Arraignment Court, 429 Bauchet Street, Los Angeles, 90012, (213) 974-6075
☐ South, 415 West Ocean Boulevard, Long Beach, 90802, (562) 491-6226
☐ West Los Angeles, 1633 Purdue Avenue, West Los Angeles, 90025, (310) 312-6547
☐ Van Nuys, 14400 Erwin Street Mall, Van Nuys, 91401, (818) 374-2903
☐ North Valley, 900 Third Street, San Fernando, 91340, (818) 898-2407
☐ West Valley, 9425 Penfield Avenue, Chatsworth, 91311, (818) 576-8555
☐ Hollywood, 5925 Hollywood Boulevard, Hollywood, 90028, (323) 856-5747
☑ Airport, 11701 South La Cienega Boulevard, Los Angeles, 90045, (310) 727-6020
☐

☐ TO BE NOTIFIED   ☐ COURT CLERK

NOTICE TO APPEAR FORM APPROVED BY THE
JUDICIAL COUNCIL OF CALIFORNIA
Rev. 09-20-05 (Pen. Code. § 653 9)

DESERTRAIN PL 00015256

DEFENDANT COPY
TR-120
05.02.02 (01.06)

DEFTS'
Exhibit M
Jacobs-Elstein
8/9/11
Pamela S. Harris, CSR 3905

EX. M P10069

Exhibit 18





P2W0001573

THE CASE TO WHICH THIS STAMP IS AFFIXED
WAS REJECTED FOR FILING BY THE LOS ANGELES
CITY ATTORNEY'S OFFICE.

10/28/10
DATE

VM
AUTHORIZED SIGNATURE

Exhibit 19

**ARREST REPORT**

| BKG. NO. | BOOKING NO. | I.D. | LOC. BKD. | DR. LIC. NO. | STATE | MT |
|---|---|---|---|---|---|---|
| | 2531424 | 4214 | | C3745714 | CA | Y |

ARRESTEE'S LAST NAME: JACOBSELSTEIN  FIRST: STEVE  MIDDLE:  SUF.:

EVID. RPT. / CRIME RPT. 0 / 424790

ADDRESS: PO BOX 2768   APT. NO.

CITY: BEVERLY HILLS   STATE: CA

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| M | W | BRO | BRO | 602 | 210 | 072064 | 46 |

VEH. LIC. NO. RQDAHSE   STATE CA   R.D. 1414   AKA: LAST-FIRST- OR NICKNAME

BIRTHPLACE: WHITE PLAINS NY   US   PROB. INV. UNIT: CT   JUV. DETAINED AT   AD. CHG: N
WHITE PLAINS

DIVISION 4214   DETAIL ARRESTING: Z   DATE ARRESTED 103110   TIME ARR. 1000   TIME BKD. 1124

LOCATION OF ARREST: LINCOLN BROADWAY AV   BAIL 100   TOTAL BAIL 100

| TYP. | CHARGE & CODE | DEFINITION |
|---|---|---|
| M | LAMC | 85.02 ILL LOD IN VEH  WARRANT NO. ☆ |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

ADMONITION OF RIGHTS (WHEN APPLICABLE)

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

Not Admonished

SOCIAL SECURITY NO. 266838670

ARRAIGN. DATE   TIME   COURT   LOCATION CRIME COMMITTED: SAME

R.D.   RESIDENCE PHONE NO. SAME   3234768238

EMPLOYER / SCHOOL

OCCUPATION / GRADE: VIDEOGRAPHER   PHY. ODD.

CLOTHING WORN: GRN SHT, GRY JACKET, BLK SHORT   EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE: BURFFYS TOW 4140 GLENCOE   HOLD FOR:

LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.: AFDR # 2021031   VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS)   PASSENGERS M  F.

COMPLAINTS / EVID. OF ILLNESS / IN-BY WHOM TREATED   DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS   RETAINED NONE   CASH DEPOSITED NONE

INVOLVED PERSONS Code: V: VICTIM  W: WITNESS  P/A: ARRESTING PRIVATE PERS.  TO: TRUE OWNER  R: PERSON RPTG.  459: S-PERSON SECURING  D-PERSON DISCOVERING   JUV: P-BOTH PARENTS  G-GUARDIAN

| NAME | V & W S | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | R | | | | |
| | | | | | B | | | | |
| | | | | | R | | | | |
| | | | | | B | | | | |
| | | | | | R | | | | |
| | | | | | B | | | | |

Exhibit 13
JacobsElstein
8/9/11
Pamela S. Harris, CSR 3906

VICT'S OCCUPATION

**COMBINED CRIME REPORT**   IF MULTI-ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET   TYPE OFFENSE

DATE AND TIME CRIME OCCURRED   TYPE PROPERTY   TOTAL $   EST. DAMAGE $   TYPE PREMISES

459 / BFV ONLY-POINT AND METHOD OF ENTRY   WEAPON / FORCE / INSTRUMENT USED   TPV / BFV ONLY-VICT'S VEH. (YR., MAKE, TYPE, LIC.)

MO (UNIQUE ACTIONS)

☐ GANG RELATED   ☐ MOTIVATED BY HATRED / PREJUDICE   ☐ DOMESTIC VIOLENCE   ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

**COMBINED EVID. RPT.**   USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 3 ITEMS OF EVID.   LOC. EVID. BKD.   10.10.00 GIVEN?  Y  N   Preliminary Drug Test   SUPV / INV. OFCR. TESTING   SER. NO.   WITNESS OFCR.   SER. NO.

| ITEM | QUAN. | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND/DRUG WEIGHT UNITS. | MODEL NO./DRUG TEST RESULT | MISC. |
|---|---|---|---|---|---|---|

**APPROVAL / REPORTING OFFICERS**   SUPERVISOR APPROVING REPORT   SERIAL NO. 25897   RAP SHEET ATTACHED ☐ YES ☐ NO   REPORTING OFFICER(S) MONNS   SERIAL NO. 38552   DIV. & DETAIL   VACATION

DATE & TIME REPRODUCED 111010   DIV. 0130   CLERK 14   (P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE) GONZALES   SERIAL NO. 38393   INVEST. OFCR.   SERIAL NO.   DIV.

JUVENILE DISPO. Petition Request: ☐ DETAINED  ☐ RELEASED  ☐ NON-BOOK  ☐ NON-BOOK & WARR.

FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION)   IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL   PROPERTY BOOKED? Y N   SUPERVISOR APPROVING   SERIAL NO.

IF YES, 10.08.00 COMPLETED? Y N   JUV. COORD. REVIEWING   SERIAL NO.

| 11 ☐ C & R | 13 ☐ EXON.-INNOCENT | 04 ☐ CYA | 15 ☐ JUV. TRAF. MISD. | 16 ☐ DCS | DATE / TIME DISPO. REPROD. | DIV / CLERK |
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | ☐ OTHER | | |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 19 ☐ DEPT. MENTAL HEALTH | | | |

05.01.02 (08/09)   INC# 10103100 7100   ARREST REPORT   EX.13   P10074

## CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO.<br>2 | TYPE OF REPORT<br>Arrest | | | | BOOKING NO.<br>2531424 | DR NO.<br>101424790 |
|---|---|---|---|---|---|---|

| ITEM<br>NO. | QU<br>AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE,<br>INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR<br>VALUE |
|---|---|---|---|---|---|---|---|

Deft: Jacobs-Elstein, Steve     DOB: 07/02/1964     Charge: 85.02 LAMC

### Source of Activity

On 10/31/10 at approximately 0955 hours, my partner (Officer Gonzales #38393) and I (Officer McInnis #38332) were assigned to Pacific Division Venice Task Force unit 14Z25. We were in full uniform and driving a marked black and white police vehicle. Our mission per Pacific Patrol Captain Crump is as follows:
    "Due to the amount of documented criminal activity, in addition to citizen complaints regarding criminal activity, illegal lodging, illegal dumping, trespassing, prostitution, narcotics sales, noise, and general "Quality of Life" issues, Pacific Area will deploy officers as part of a Task Force in these designated areas.
    The boundaries for the Task Force have been defined as Lincoln Boulevard to the east, Washington Boulevard to the south (Including the Marina peninsula), the Pacific Ocean to the west, and Dewey Street to the north.
    The mission of the Task Force is to effect arrests of individuals who are violating local and state codes. In addition, officers will attempt to gain intelligence regarding individuals or groups who may be involved in criminal activity. Furthermore, officers will provide shelter and service provider information to individuals, whether arrested or not, with whom they come in contact with, or who are found to be violating the law by lodging in their vehicles, or who are found trespassing on city or private property during overnight hours, and who are deemed by the officer to be at risk or as someone who could benefit from the information."

### Investigation

While driving westbound on Broadway Avenue from Lincoln Boulevard, we observed a yellow Nissan Xterra (CA Personal License Plate #RQDAHSE) parked on the south curb of Broadway Avenue, facing eastbound. As we passed the vehicle, I observed a male (later identified as deft Jacobs-Elstein) seated in the driver's seat of the vehicle. He appeared to be adjusting a portable radio that was hanging from the ceiling of the vehicle. I also observed a silver sun shade in the window of the vehicle. Jacobs-Elstein did not appear to be making any attempt to start or move the vehicle.

(I immediately recognized the vehicle and Jacobs-Elstein from previous contacts. We have contacted Jacobs-Elstein several times in the past regarding 85.02 LAMC-Illegal use of city streets for lodging in a vehicle. He was warned for this violation and offered outreach information, and had also been cited on RFC # 10127 on 09/13/2010 for the same violation (See attached copy). Jacobs-Elstein has admitted to me and my partner several times that he is homeless and lives in the above described vehicle.)

Based the current appearance of the vehicle, as well as our past contacts with Jacobs-Elstein, my partner and I approached the vehicle to conduct an investigation for a possible violation of 85.02 LAMC. As we contacted Jacobs-Elstein, I observed that the interior of the vehicle appeared unchanged from my previous contacts with him. I observed packages of food and one gallon water bottles in the front seat of the vehicle. The rear compartment of the vehicle was filled completely with boxes, blankets, computer equipment and food.

Jacobs-Elstein was detained pending further investigation. Upon closer inspection of the interior of the

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|---|
| 3 | | Arrest | | | | 2531424 | 101424790 |

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

vehicle, I observed three one-gallon clear plastic milk containers on the front passenger floorboard. Each container was approximately 1/8th full of an unknown yellowish liquid. I asked Jacobs-Elstein what the liquid was and he replied, "It's urine, officer."

Based on the state of the interior of the vehicle, my partner and I formed the opinion that the Deft was lodging inside the vehicle, in violation of 85.02 LAMC.

Arrest

Deft was placed under arrest for 85.02LAMC- Illegal use of city streets for lodging in a vehicle, and transported to Pacific Station for booking. Deft was not admonished with his Miranda Rights.

Booking

Deft was booked at Pacific Station on the above charge on the approval of Pacific Watch Commander Sergeant Morrison #26894. He was transported to 77th dispensary for treatment of preexisting medical conditions.

Injuries/MT

None

Photographs

I took several photographs depicting the state of the interior of the vehicle. D#234656.

Evidence

None

Additional

Due to the numerous previous contacts with the deft, the current contact, and the deft's admissions to living in the vehicle, officers formed the opinion that there was a great likelihood of the violation of 85.02 LAMC continuing. The deft's vehicle was subsequently impounded under authority 22651(h) VC-Driver Arrested. Bruffy's Tow was contacted and responded for the impound.

Court Information

My partner and I can testify to the information in this report.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES
### PROBABLE CAUSE DETERMINATION (DECLARATION)

| Location Booked: Pacific | Booking No.: 2531424 | Arrest File No.: 10/424790 |
|---|---|---|

| Arrestee/Suspect (Last, First, Middle): Jacobs, Elsten Steve | DOB: 07/20/1964 |
|---|---|

| Arrestee/Suspect's Residential Address: 1942 Transient | Location of Occurrence: Broadway w/o Lincoln |
|---|---|

| Booking Charge(s): 85.02 LAMC Illegal Lodging | Misdemeanor ✓   Felony ☐ | Supplemental Holds/Warrants Charges: |
|---|---|---|

| Date/Time of Arrest: 10/31/2010   10:00 | 48 Hour Expiration Date and Time: 11/02/2010   10:00 |
|---|---|

| Arresting Agency/Division: Los Angeles Police Department | Arresting Officer(s): Gonzales/ McInnis | Employee No.: 38393/38332 |
|---|---|---|

| Supervisor(s) Approving: | Employee No.: A26394 | Date/Time: 10-31-10 /1600 | Contact Phone No.: x82-6441 |
|---|---|---|---|

Facts establishing elements of offense(s)/violation(s). Information identifying/connecting arrestee/suspect by name with the violation(s) listed:

On today's date at approx 0950 hrs, my partner and I were in routine patrol W/B Broadway, E/O Lincoln Blv. We observed Deft inside a yellow Nissan Xterra containing several blankets and property visible through the rear windows. Deft was possibly using city streets illegally. Deft was detained pending an illegal lodging investigation.

Upon further investigation of Deft's veh, Officers observed several canned foods, bottled water, blankets, clothes and gallon water jugs containing Deft's urine.

Deft was arrested for 85.02 LAMC Illegal use of City streets for lodging and booked into Pacific Jail. Deft was transported to 77th Jail due to medical issues.

✓ **See attached reports incorporated herein by reference.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on   10/31/2010   14:40   in the County of Los Angeles, California.
(date)        (time)

| Gonzales | 38393 |
|---|---|
| (Signature) / (Print Name) | (Employee No.) |

| Telephonic Determination ONLY | Probable Cause Determination |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there ☐ IS ☐ IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California, on _____ at _____ | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there ☐ IS ☐ IS NOT probable cause to believe this arrestee has committed a crime. |
| (Date)        (Time) | (Judicial Officer's Signature)        (Date) |
| (Signature)        (Employee No.) | (Block Stamp)        (Time) |

CRIM 064 Revised: 10-21-08

## CITY ATTORNEY DISCLOSURE STATEMENT

OFFICERS - FORM TO BE COMPLETED ON ALL FELONY AND MISDEMEANOR ARRESTEES
DETECTIVES - FORM TO BE FILED WITH CITY ATTORNEY ONLY
Answer all questions to the best of your personal knowledge.

| Type of Report: Arrest | Booking No. 2531424 | DR No. 101424790 |
|---|---|---|

1. Reports: To your knowledge, what reports (except personnel investigations) were prepared in relation to this investigation?

   ☑ Arrest   ☐ Crime   ☐ Property   ☑ PCD   ☐ Follow-up   ☐ Vehicle (CHP 180)   ☐ CHP 555

   ☐ DMV-DS367   Other: _____

2. The following items exist:   Photographs(include C#) _____   Video tape _____

   Audio tape (including officer's personal tape)   ☐ YES   ☑ NO   Other: _____

3. Has there been or is there a pending Use of Force investigation?   ☐ YES   ☑ NO

   If YES, provide the name and serial number of supervisor conducting investigation.

   Name _____   Serial No. _____

4. List the NAME, ADDRESS, PHONE NUMBER and DATE OF BIRTH of all CIVILIAN WITNESSES not named in any report(s), whether interviewed or not.

| Name | Address | Phone No. | DOB |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

5. List the NAME, SERIAL NUMBER, ASSIGNMENT and ROLE of all OFFICERS not named in the report(s) who were percipient witnesses or otherwise involved in this incident:

| Officer Name | Serial No. | Assignment | Officer's Role |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

6. List the NAME, SERIAL NUMBER, DEPARTMENT/AGENCY and UNIT NUMBER of all FIRE DEPARTMENT and EMERGENCY MEDICAL PERSONNEL who responded to this incident, but were not named in any report(s):

| Name | Serial No. | Department/ Agency | Unit No. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

7. List any SUSPECT(S) STATEMENT(S) not included in any report(s):

8. List any CIVILIAN WITNESS(ES) STATEMENT(S) not included in any report(s):

9. Are there any RETAINED OFFICER NOTES or DIAGRAMS not included in any report(s)?   ☐ YES   ☐ NO

   If YES, identify:

| Officer Name | Serial No. | Assignment | Item |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

10. List any known facts not included in any report(s) that might be considered as favorable to the defense or damaging to the prosecution, or which might negatively reflect on the credibility of any prosecution witness:

All of the answers to the above questions are true to the best of my personal knowledge.

| Signature | Serial No. | Div. of Assignment | Role in Arrest | Date |
|---|---|---|---|---|
| *[signature]* | 38393 | Pacific | Arrest | 10/31/10 |
| *[signature]* | 38332 | 14Z25 | Arrest | 10/31/10 |
|  |  |  |  |  |

05.02.09 (09/03)

P10078

Los Angeles Police Department
**BOOKING APPROVAL**

2531424

| SEE DISTRIBUTION AT BOTTOM FOR NUMBER OF COPIES REQUIRED | DATE & TIME OF ARREST 10/31/10  1000 | TIME OF INTERVIEW 1030 |

'ESTEE'S NAME (Last, First, Middle)
JACOBS-FISTEIN STEVE

| ARRESTING OFFICER(S) GONZALES / McINNIS | SERIAL NO.(S) 38393 / 38332 | DIVISION PAC | DETAIL 14725 |

ACTION ADVISED:

☑ Booking Charge 85.02 LAMC ILLEGAL LODGING IN VEH
(As appears on AJIS Charge Table)

☐ Additional charges requested _____

☐ Advise arrestee of immediate cash bailout right (if two or fewer warrants for parking offense or traffic infraction).

☐ Release without booking   ☐ Phone calls made   ☐ Phone calls refused by arrestee

| BASIC CHARGE | $ 100.00 |
| ADD'L CHARGES | $ |
| ENHANCEMENTS | $ |
| TOTAL BAIL | $ 100.00 |

| 1. EVIDENCE TO BE BOOKED   2. SUGGESTIONS FOR CONTENTS OF REPORTS   3. VISITATION RESTRICTION | RESPONSIBLE INVEST. UNIT |

| PAROLE/PROBATION AGENT | PHONE NO. | TIME TELEPHONIC HOLD PLACED |

REASON FOR SEARCH:

☐ Offense involves a controlled substance.

☐ Articulable and reasonable suspicion that the arrestee is concealing contraband or weapons, regardless of the offense. (Explain reasonable suspicion). _____

TYPE OF SEARCH AUTHORIZED:

☐ STRIP   ☐ PHYSICAL BODY CAVITY*

☐ VISUAL BODY CAVITY   *Note: Search warrant required.  WARRANT NO. _____

| OBTAIN AUTHORIZATION PRIOR TO SEARCH |
| WATCH COMMANDER APPROVING SEARCH (signature) SERIAL. NO. |

| DATE & TIME OF SEARCH | LOCATION SEARCH CONDUCTED | SEARCHING EMPLOYEE | SERIAL NO. | DIV. | SEX |

RESULTS OF SEARCH (List items and location removed from.)

| ADVISING INVESTIGATIVE SUPERVISOR (signature)   ☐ Telephonic Advice | SERIAL NO. | DIVISION | RAP SHEET REVIEWED? YES ☐ NO ☐ |
| WATCH COMMANDER APPROVING BOOKING (signature) | SERIAL NO. 26894 | DIVISION PAC | RAP SHEET REVIEWED? YES ☑ NO ☐ |

MISDEMEANOR ARRESTEES: Circle reason for booking below.

CONDITIONS FOR NON-ELIGIBILITY FOR RELEASE

1. The person arrested is so intoxicated that he or she could be a danger to himself or herself or others.
2. The person arrested requires medical examination or medical care or is otherwise unable to care for his or her own safety.
3. The person is arrested for one or more of the offenses listed in Section 40302 or 40303 of the Vehicle Code. (EXCEPTION – DUI ARRESTEES MAY BE RELEASED AFTER BOOKING, IF OTHERWISE ELIGIBLE.)
4. There are one or more outstanding felony arrest warrants for the person.
5. The person has one or more outstanding misdemeanor arrest warrants ineligible for release under Section 827.1 of the Penal Code (Manual Section 4/216.57).
6. The person cannot provide satisfactory evidence of personal identification.
7. The prosecution of the offense or offenses for which the person is arrested or the prosecution of any other offense or offenses would be jeopardized by immediate release of the person arrested.
⑧ There is a reasonable likelihood that the offense or offenses will continue or resume, or that the safety of persons or property will be imminently endangered by release of the person arrested.
The person arrested demands to be taken before a magistrate or refused to sign the notice to appear.
There is reason to believe that the person arrested would not appear at the time/place specified in the notice.

| OFFICER MAKING O.R. DETERMINATION GONZALES | ☐ YES ☑ NO | MISD. WARRANT NO. | OR REASON NO. 8 |

12.31.00 (08/05)   DISTRIBUTION:   ORIGINAL – ATTACH TO THE ORIGINAL ARREST REPORT; OR TO DFAR IF NO ARREST REPORT OR BKG.
COPY –1 – ATTACH TO JAIL CUSTODY RECORD IF BOOKED; 1 – ATTACH TO DIV. COPY OF ARREST

13-4