NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE DESERTRAIN, STEVE JACOBS-ELSTEIN, BRADFORD ECKHART, PATRICIA WARIVONCHIK, LEROY BUTLER, WILLIAM CAGLE,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, DOES 1-10, as individuals,<br><br>*Defendants.* | CASE NO.: CV10-09053 RJK (PJWx)<br>*Hon. R. Gary Klausner, Ctrm. 850, Roybal*<br>*Mag. Patrick J. Walsh, Ctrm. 23*<br><br>[~~PROPOSED~~] JUDGMENT GRANTING DEFENDANTS' CITY OF LOS ANGELES, ET AL.'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:       October 17, 2011<br>Time:      9:00 a.m.<br>Courtroom: 850 |

The Motion for Summary Judgment by Defendants **CITY OF LOS ANGELES, JON PETERS, RANDY YOSHIOKA, JASON PRINCE,** and **BRIANNA GONZALES,** the matter taken under submission before the Honorable R. Gary Klausner, Courtroom 850.

///
///

1

After considering the moving, opposing, and reply papers, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendants City of Los Angeles, Jon Peters, Randy Yoshioka, Jason Prince, and Brianna Gonzales.

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in Defendants' favor and against Cheyenne Desertrain, Steve Jacobs-Elstein, Bradford Eckhart, Patricia Warivonchik, Leroy Butler, William Cagle, Luis Pacheco and Della Franco. ~~As the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred pursuant to F.R.C.P.~~ Costs may be determined by separate application to the clerk of the court.

***IT IS SO ORDERED:***

DATED: 11-02-11

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2