JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE DESERTRAIN, STEVE JACOBS-ELSTEIN, BRADFORD ECKHART, PATRICIA WARIVONCHIK, LEROY BUTLER, WILLIAM CAGLE, TERRY HENDRICKSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, DOES 1-10, as individuals,<br><br>*Defendants.* | CASE NO.: CV10-09053 RGK (PJWx)<br>*Hon. R. Gary Klausner, Ctrm. 850, Roybal*<br>*Mag. Patrick J. Walsh, Ctrm. 23*<br><br>**[PROPOSED] JUDGMENT** |

November 23, 2010, Plaintiffs filed this action in the United States District Court for the Central District of California, alleging violations of their federal and state constitutional rights arising from the enforcement of Los Angeles Municipal Code ("LAMC") §85.02. In addition, various plaintiffs alleged violations of California statutory law, including California Civil Code §52 (the Bane Act); and California Civil Code §54 et seq. of the Unruh Civil Rights Act.

1

On April 15, 2011, Plaintiffs filed a Motion to Amend the Complaint and lodged the proposed Amended Complaint. The Court granted the motion on May 31, 2011 and ordered the Amended Complaint filed nunc pro tunc to April 15, 2011. The Amended Complaint added, inter alia, Plaintiff Christopher Taylor, and additional factual allegations for plaintiffs Steve Jacobs-Elstein and William Cagle, all for their arrests for purported violations of LAMC §85.02.

On October 26, 2011, the Court entered an Order for the Stipulated Dismissal of Plaintiffs Terry Hendricksen, Louis Garcia and Officer Raul Barron, all with prejudice. In addition, the Court granted the parties' stipulated request to dismiss with prejudice Plaintiffs' Fourth and Fifth Cause of Action for violation of the American with Disabilities Act, 42 U.S.C. §12132, and violation of the Rehabilitation Act of 1973, 29 U.S.C. §794, respectively.

On October 28, 2011, the Court entered an order granting Defendants' Motion for Summary Judgment in full and denying Plaintiffs' Motion for Partial Summary Judgment in full. Thereafter, Plaintiffs appealed the decision of the district court.

On June 19, 2014, the Ninth Circuit entered its decision, reversing the district court. *Desertrain v. City of Los Angeles*, 754 F.3d 1147 (9th Cir. 2014). The Circuit held that the district court abused its discretion by declining to consider Plaintiffs' claim that LAMC §85.02 was void for vagueness and that the ordinance was void for vagueness.

The appeals court also held that the claims of Plaintiff Desertrain and the other disabled plaintiffs cited for violating parking regulations were moot on appeal because these Plaintiffs sought only injunctive relief and the City had acknowledged at the oral argument that the LAPD Homelessness "Task Force officers had issued these tickets by mistake and were no longer issuing parking tickets to Disabled Plaintiffs." Id. at 1149 n.1.

The Ninth Circuit further held that its finding that LAMC "§85.02 is constitutionally vague on its face" was a "dispositive holding." Consequently, because the four remaining Plaintiffs - Jacobs-Elstein, Warivonchik, Taylor and Cagle - sought only

injunctive and declaratory relief, the Court concluded that it need not reach Plaintiffs' other claims challenging the lawfulness of §85.02. Id. at 1151 n.2.

Whereas there are no issues remaining to be tried in this case, the parties hereby request that the Court enter the requested Stipulated Judgment enjoining the Defendant City from enforcing the current version of LAMC §85.02 on the basis that the ordinance is unconstitutionally vague. The Court grants summary judgment in favor of Plaintiffs Jacobs-Elstein, Warivonchik, Taylor and Cagle on the facial challenge to LAMC § 85.02 and against the Defendant City of Los Angeles.

Based on the order of the Ninth Circuit, Plaintiffs are the prevailing parties in this matter. The Court will retain jurisdiction to consider Plaintiffs' motion for attorney fees and costs in this matter.

**IT IS SO ORDERED.**

DATED: November 26, 2014       _____
                               **HONORABLE GARY KLAUSNER**
                               **UNITED STATES DISTRICT COURT JUDGE**