**DENIED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE DESERTRAIN, et al. | CASE NO.: CV10-09053 RGK (PJWx) |
| Plaintiffs, | [PROPOSED ORDER] |
| v. | REGARDING STIPULATION OF PARTIES TO SET BRIEFING SCHEDULE FOR THE MOTION FOR ATTORNEY'S FEES |
| CITY OF LOS ANGELES, et al. | |
| Defendants. | |

Based on the Joint Stipulation of the Parties, the Court sets the following briefing schedule for the Motion for Attorney's Fees:

Opposition to Motion:   January 12, 2015
Reply to Opposition:    January 19, 2015
Hearing Date:           February 2, 2015

**IT IS SO ORDERED.**

DATED: DEC 1 7 2014

DENY Gary Klausner
HONORABLE GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1